B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Western District of Arkansas

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):** <br> PFI Hospitality, Inc. | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| **All Other Names used by the Debtor in the last 8 years** (include married, maiden, and trade names): <br> DBA The 1929 Hotel Seville; DBA Mac Development Corp. | **All Other Names used by the Joint Debtor in the last 8 years** (include married, maiden, and trade names): |
| **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN** (if more than one, state all) <br> 68-0515583 | **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN** (if more than one, state all) |
| **Street Address of Debtor (No. and Street, City, and State):** <br> 302 North Main Street <br> Harrison, AR <br> ZIP Code: 72602 | **Street Address of Joint Debtor (No. and Street, City, and State):** <br> ZIP Code: |
| **County of Residence or of the Principal Place of Business:** <br> Boone | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor (if different from street address):** <br> 520 CR 1144 <br> Eureka Springs, AR <br> ZIP Code: 72632 | **Mailing Address of Joint Debtor (if different from street address):** <br> ZIP Code: |
| **Location of Principal Assets of Business Debtor** (if different from street address above): <br> 302 North Main Street <br> Harrison, AR 72602 | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | **PFI Hospitality, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| :--- | :--- | :--- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| :--- | :--- | :--- |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| :--- | :--- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **PFI Hospitality, Inc.** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** **/s/ Stanley V. Bond**<br>Signature of Attorney for Debtor(s)<br><br>**Stanley V. Bond 93034**<br>Printed Name of Attorney for Debtor(s)<br><br>**Bond Law Office**<br>Firm Name<br><br>**525 S. School Ave.**<br>**Suite 100**<br>**Fayetteville, AR 72701**<br>Address<br><br>Email: attybond@me.com<br>**479-444-0255  Fax: 479-444-7141**<br>Telephone Number<br><br>**May 11, 2012**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** **/s/ Jack Moyer**<br>Signature of Authorized Individual<br><br>**Jack Moyer**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**May 11, 2012**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Western District of Arkansas

In re  **PFI Hospitality, Inc.**  
                                              Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **American Advertising**<br>P O Box 493<br>Harrison, AR 72601 | **American Advertising**<br>P O Box 493<br>Harrison, AR 72601 | | | **1,500.00** |
| **Arkansas Capital Corp. Group**<br>200 S. Commerce St.<br>Suite 400<br>Little Rock, AR 72201 | **Arkansas Capital Corp. Group**<br>200 S. Commerce St.<br>Suite 400<br>Little Rock, AR 72201 | **The Hotel Seville, 73, 080sq.ft., 302 N. Main St., Harrison, AR 72601** | | **1,171,250.00 (1,115,500.00 secured) (1,636,139.00 senior lien)** |
| **Boone County**<br>P O Box 1152<br>Harrison, AR 72602 | **Boone County**<br>P O Box 1152<br>Harrison, AR 72602 | | | **26,080.00** |
| **Boone County Tax**<br>P O Box 88046<br>Milwaukee, WI 53288 | **AEL Financial**<br>P O Box 88046<br>Milwaukee, WI 53288 | | | **6,190.60** |
| **Brodbeck Family Trust**<br>7125 Coyote Crossing Avenue<br>Springdale, AR 72762 | **Brodbeck Family Trust**<br>7125 Coyote Crossing Avenue<br>Springdale, AR 72762 | | | **103,277.26** |
| **CATPC**<br>P O Box 940<br>Harrison, AR 72602-0940 | **CATPC**<br>P O Box 940<br>Harrison, AR 72602-0940 | | | **1,095.00** |
| **Choice Hotels International**<br>P O Box 99992<br>Chicago, IL 60696-7792 | **Choice Hotels International**<br>P O Box 99992<br>Chicago, IL 60696-7792 | | | **8,097.60** |
| **Cornerstone Bank**<br>152 East Van Buren<br>Eureka Springs, AR 72632 | **Cornerstone Bank**<br>152 East Van Buren<br>Eureka Springs, AR 72632 | **The Hotel Seville, 73, 080sq.ft., 302 N. Main St., Harrison, AR 72601** | | **1,636,139.00**<br><br>**(1,115,500.00 secured)** |
| **Cornerstone Bank**<br>152 E. Van Buren<br>Eureka Springs, AR 72632 | **Cornerstone Bank**<br>152 E. Van Buren<br>Eureka Springs, AR 72632 | **The Hotel Seville, 73, 080sq.ft., 302 N. Main St., Harrison, AR 72601** | | **146,765.00 (1,115,500.00 secured) (2,807,389.00 senior lien)** |
| **Cox Communications**<br>P O Box 248871<br>Oklahoma City, OK 73124-8871 | **Cox Communications**<br>P O Box 248871<br>Oklahoma City, OK 73124-8871 | | | **2,236.35** |

B4 (Official Form 4) (12/07) - Cont.

In re   **PFI Hospitality, Inc.**                                                                 Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Dept of Finance and Admin**<br>**P O Box 3861**<br>**Little Rock, AR 72203-3861** | **Dept of Finance and Admin**<br>**P O Box 3861**<br>**Little Rock, AR 72203-3861** | | | **2,500.00** |
| **Dept of Finance and Admin**<br>**1020 Goblin Drive, Suite C**<br>**Harrison, AR 72601** | **Dept of Finance and Admin**<br>**1020 Goblin Drive, Suite C**<br>**Harrison, AR 72601** | Use tax arrearages | Contingent<br>Unliquidated | **28,998.00** |
| **Entergy**<br>**P O Box 8101**<br>**Baton Rouge, LA 70891-8101** | **Entergy**<br>**P O Box 8101**<br>**Baton Rouge, LA 70891-8101** | | | **2,877.47** |
| **Harbor Linen**<br>**P O Box 3510**<br>**Cherry Hill, NJ 08034** | **Harbor Linen**<br>**P O Box 3510**<br>**Cherry Hill, NJ 08034** | | | **1,157.99** |
| **Jack V. Moyer**<br>**294 Holiday Island drive**<br>**Eureka Springs, AR 72631** | **Jack V. Moyer**<br>**294 Holiday Island drive**<br>**Eureka Springs, AR 72631** | | | **10,620.00** |
| **Mastercard**<br>**PO Box 30131**<br>**Tampa, FL 33630-3131** | **Mastercard**<br>**PO Box 30131**<br>**Tampa, FL 33630-3131** | | | **3,681.00** |
| **Meadors, Adams, Lee**<br>**P O Box 3456**<br>**Little Rock, AR 72203** | **Meadors, Adams, Lee**<br>**P O Box 3456**<br>**Little Rock, AR 72203** | | | **4,932.00** |
| **Michael Sullivan**<br>**171 Jerusalem Hill road**<br>**Elmira, NY 14901** | **Michael Sullivan**<br>**171 Jerusalem Hill road**<br>**Elmira, NY 14901** | | | **1,068.07** |
| **Security Bankcard Center**<br>**PO Box 6139**<br>**Norman, OK 73070** | **Security Bankcard Center**<br>**PO Box 6139**<br>**Norman, OK 73070** | | | **13,252.00** |
| **Terry and Yadira Cook**<br>**1330 Iris Cove**<br>**Harrison, AR 72601** | **Terry and Yadira Cook**<br>**1330 Iris Cove**<br>**Harrison, AR 72601** | | | **1,068.07** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 11, 2012**                                Signature   **/s/ Jack Moyer**
                                                                  **Jack Moyer**
                                                                  **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

AEL Financial, LLC
Box 88046
Milwaukee, WI 53288-0046


All American Refrigeratn, LLC
112 W. Commercial
Harrison, AR 72601


American Advertising
P O Box 493
Harrison, AR 72601


American Home Patient
P O Box 676499
Dallas, TX 75267-6499


American Hotel Register
16458 Collections Center Dr.
Chicago, IL 60693


Arkansas Capital Corp. Group
200 S. Commerce St.
Suite 400
Little Rock, AR 72201


Arrow Refregeration
P O Box 843
Harrison, AR 72602-0843


BCD Travel
6 Concourse Pkwy NE
Atlanta, GA 30328


Boone County
P O Box 1152
Harrison, AR 72602


Boone County Tax
P O Box 88046
Milwaukee, WI 53288


Brodbeck Family Trust
7125 Coyote Crossing Avenue
Springdale, AR 72762

```
Carbon's
P O Box 71
Buchanan, MI 49107


Carpetmaster
P O Box 1739
Harrison, AR 72601


CATPC
P O Box 940
Harrison, AR 72602-0940


Choice Hotels International
P O Box 99992
Chicago, IL 60696-7792


Cornerstone Bank
152 East Van Buren
Eureka Springs, AR 72632


Cornerstone Bank
152 E. Van Buren
Eureka Springs, AR 72632


Cox Communications
P O Box 248871
Oklahoma City, OK 73124-8871


Crescent Hotel
75 Prospect Avenue
Eureka Springs, AR 72632-3099


Dept of Finance and Admin
1020 Goblin Drive, Suite C
Harrison, AR 72601


Dept of Finance and Admin
P O Box 3861
Little Rock, AR 72203-3861


Don Burris Rev Liv Trust
77 Woodsdale Drive
Eureka Springs, AR 72631
```

Donald J & Julie Albertson
520 CR 1144
Eureka Springs, AR 72632

Donald J. Alberson
420 CR 1144
Eureka Springs, AR 72632

Ecolab
PO Box 70343
Chicago, IL 60673

Entergy
P O Box 8101
Baton Rouge, LA 70891-8101

Fred and Rebecca Halper
10 Ddogwood Ridge
Eureka Springs, AR 72632

Great Southern Travel
3424 South National
Miller, MO 65707

Hammerschmidt Fam Trust
P O Box 9999
Harrison, AR 72602-0999

Harbor Linen
P O Box 3510
Cherry Hill, NJ 08034

Harrison Band Boosters
P O Box 5
Harrison, AR 72601

Harrison Water Department
P O Box 1715
Harrison, AR 72602-1715

Jack Moyer
294 Holiday Island Drive
Eureka Springs, AR 72631

```
Jack V. Moyer
294 Holiday Island drive
Eureka Springs, AR 72631


Jed and Tammy Bullock
1072 CR 102
Eureka Springs, AR 72632


Julie Alberson
420 CR 1144
Eureka Springs, AR 72632


Little Apple
19492 Hwy 62 West
Eureka Springs, AR 72631


Mastercard
PO Box 30131
Tampa, FL 33630-3131


Meadors, Adams, Lee
P O Box 3456
Little Rock, AR 72203


Michael Sullivan
171 Jerusalem Hill road
Elmira, NY 14901


Miller Hardware Co., Inc.
#2 Necessity Ave
Harrison, AR 72601


Paul & Kay Moyer Rev Liv Trust
161 Cromwell Lane
Crossville, TN 38558


Pegasus
8350 No. Central Expressway
Dallas, TX 75206


Pippin Wholesale
PO Box 730
Harrison, AR 72601
```

Rachel Moyer
294 Holiday Island Drive
Eureka Springs, AR 72631

Reynolds Media, Inc.
400 South Sycamore
Harrison, AR 72601

Scott and Sharon Grave
23 Equennes Drive
Little Rock, AR 72223

Security Bankcard Center
PO Box 6139
Norman, OK 73070

Security Bankcard Center
PO Box 22116
Tulsa, OK 74121-2116

Six Bridges Bank
200 West Capitol Ave., Ste 400
Little Rock, AR 72201

Source Gas Arkansas
PO Box 660559
Dallas, TX 75266

Sysco Foods
PO Box 193410
Little Rock, AR 72219

Terry and Yadira Cook
1330 Iris Cove
Harrison, AR 72601

Travel Inc.
4355 River Green Pkwy.
Duluth, GA 30096-2572

Wiild Travel, Inc.
Corporate Headquarters
Douglassville, PA 19518

# United States Bankruptcy Court
## Western District of Arkansas

In re  **PFI Hospitality, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **PFI Hospitality, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 11, 2012**  
Date

/s/ **Stanley V. Bond**  
**Stanley V. Bond**  
Signature of Attorney or Litigant  
Counsel for  **PFI Hospitality, Inc.**  
**Bond Law Office**  
**525 S. School Ave.**  
**Suite 100**  
**Fayetteville, AR 72701**  
**479-444-0255 Fax:479-444-7141**  
**attybond@me.com**