**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**3:12-BK-71888**
**CHAPTER 11**

**IN RE:** PFI HOSPITALITY, INC., DEBTOR-IN-POSSESSION

**AFFIDAVIT OF DISINTERESTEDNESS**

STATE OF ARKANSAS
COUNTY OF WASHINGTON

I, Stanley V Bond, do swear or affirm:

1. That all attorneys of the firm are attorneys at law and/or solicitors in chancery licensed and admitted to practice in the state of Arkansas by the Supreme Court of Arkansas, and also before this court. All attorneys of the firm are in good-standing.

2. That the firm maintains its law offices at 525 South School Ave., Ste. 100, Fayetteville, AR 72701. The firm's incorporated name is Stanley V Bond, Ltd., and the firm is registered with the Arkansas Secretary of State as Bond Law Office.

3. That neither the firm nor its associated attorneys have any connection with any creditors, or any other party in interest or their respective attorneys or accountants for the debtors.

4. Before the commencement of the case, Stanley V Bond, Ltd. received from the Debtor the amount of $1,046.00 for the chapter 11 court filing fee, and $11,994.00 for the attorney retainer.

5. Neither the Bond Law Office nor its attorneys have any conflict of interest with the debtor, any of its creditors, any party in interest in this proceeding, the United States Trustee, or any person employed in the Office of the United States Attorney. Stanley V Bond, Ltd and its attorneys are each a Disinterested Person within the definition contained in 11 USC §101(14).

I declare under penalty of perjury that the information set forth above in this Affidavit of Disinterestedness is true and correct.

STANLEY V BOND, LTD.

BY: /S/ STANLEY V BOND
STANLEY V BOND, PRESIDENT

DATE: 05-13-2012