```
                            United States Bankruptcy Court
                             Western District of Arkansas
In re:                                                          Case No. 12-71888-btb
PFI Hospitality, Inc.                                           Chapter 11
       Debtor               CERTIFICATE OF NOTICE
District/off: 0861-3          User: angie                  Page 1 of 3                  Date Rcvd: May 21, 2012
                              Form ID: nhrg               Total Noticed: 56
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2012.
```
db          +PFI Hospitality, Inc.,    520 CR 1144,    Eureka Springs, AR 72632-9214
4226420      AEL Financial, LLC,    Box 88046,    Milwaukee, WI 53288-0046
4226421     +All American Refrigeratn, LLC,    112 W. Commercial,    Harrison, AR 72601-2207
4226422     +American Advertising,    P O Box 493,    Harrison, AR 72602-0493
4226423      American Home Patient,    P O Box 676499,    Dallas, TX 75267-6499
4226424     +American Hotel Register,    16458 Collections Center Dr.,    Chicago, IL 60693-0164
4226425     +Arkansas Capital Corp. Group,    200 S. Commerce St.,    Suite 400,    Little Rock, AR 72201-1766
4226426      Arrow Refregeration,    P O Box 843,    Harrison, AR 72602-0843
4226427     +BCD Travel,    6 Concourse Pkwy NE,    Atlanta, GA 30328-6120
4226428     +Boone County,    P O Box 1152,    Harrison, AR 72602-1152
4226429     +Boone County Tax,    P O Box 88046,    Milwaukee, WI 53288-0001
4226430     +Brodbeck Family Trust,    7125 Coyote Crossing Avenue,    Springdale, AR 72762-0873
4226433      CATPC,    P O Box 940,    Harrison, AR 72602-0940
4226432     +Carpetmaster,    P O Box 1739,    Harrison, AR 72602-1739
4226434      Choice Hotels International,    P O Box 99992,    Chicago, IL 60696-7792
4226436     +Cornerstone Bank,    152 E. Van Buren,    Eureka Springs, AR 72632-8800
4226435     +Cornerstone Bank,    152 East Van Buren,    Eureka Springs, AR 72632-8800
4226438      Crescent Hotel,    75 Prospect Avenue,    Eureka Springs, AR 72632-3099
4226439     +Dept of Finance and Admin,    1020 Goblin Drive, Suite C,    Harrison, AR 72601-6714
4226441     +Don Burris Rev Liv Trust,    77 Woodsdale Drive,    Eureka Springs, AR 72631-4631
4226442     +Donald J & Julie Albertson,    520 CR 1144,    Eureka Springs, AR 72632-9214
4226443      Donald J. Alberson,    420 CR 1144,    Eureka Springs, AR 72632
4226446     +Fred and Rebecca Halper,    10 Ddogwood Ridge,    Eureka Springs, AR 72632-9568
4226447      Great Southern Travel,    3424 South National,    Miller, MO 65707
4226448      Hammerschmidt Fam Trust,    P O Box 9999,    Harrison, AR 72602-0999
4226449     +Harbor Linen,    P O Box 3510,    Cherry Hill, NJ 08034-0338
4226450     +Harrison Band Boosters,    P O Box 5,    Harrison, AR 72602-0005
4226451      Harrison Water Department,    P O Box 1715,    Harrison, AR 72602-1715
4226452     +Jack Moyer,    294 Holiday Island Drive,    Eureka Springs, AR 72631-4820
4226453     +Jack V. Moyer,    294 Holiday Island drive,    Eureka Springs, AR 72631-4820
4226454     +Jed and Tammy Bullock,    1072 CR 102,    Eureka Springs, AR 72632-8938
4226455      Julie Alberson,    420 CR 1144,    Eureka Springs, AR 72632
4226456     +Little Apple,    19492 Hwy 62 West,    Eureka Springs, AR 72631-9144
4226457      Mastercard,    PO Box 30131,    Tampa, FL 33630-3131
4226458     +Meadors, Adams, Lee,    P O Box 3456,    Little Rock, AR 72203-3456
4226459     +Michael Sullivan,    171 Jerusalem Hill road,    Elmira, NY 14901-9583
4226460     +Miller Hardware Co., Inc.,    #2 Necessity Ave,    Harrison, AR 72601-4459
4226461     +Paul & Kay Moyer Rev Liv Trust,    161 Cromwell Lane,    Crossville, TN 38558-7146
4226462     +Pegasus,    8350 No. Central Expressway,    Dallas, TX 75206-1613
4226463     +Pippin Wholesale,    PO Box 730,    Harrison, AR 72602-0730
4226464     +Rachel Moyer,    294 Holiday Island Drive,    Eureka Springs, AR 72631-4820
4226465     +Reynolds Media, Inc.,    400 South Sycamore,    Harrison, AR 72601-5293
4226466     +Scott and Sharon Grave,    23 Equennes Drive,    Little Rock, AR 72223-9166
4226469     +Six Bridges Bank,    200 West Capitol Ave., Ste 400,    Little Rock, AR 72201-3605
4226471     +Sysco Foods,    PO Box 193410,    Little Rock, AR 72219-3410
4226472     +Terry and Yadira Cook,    1330 Iris Cove,    Harrison, AR 72601-6580
4226473      Travel Inc.,    4355 River Green Pkwy.,    Duluth, GA 30096-2572
4226474      Wiild Travel, Inc.,    Corporate Headquarters,    Douglassville, PA 19518
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4226431     +E-mail/Text: jhall@goldenmalted.com May 21 2012 23:10:31     Carbon’s,    P O Box 71,
              Buchanan, MI 49107-0071
4226437      E-mail/Text: okbankruptcies@cox.com May 21 2012 23:09:18     Cox Communications,    P O Box 248871,
              Oklahoma City, OK 73124-8871
4226440      E-mail/Text: dena.wood@dfa.arkansas.gov May 21 2012 23:07:24     Dept of Finance and Admin,
              P O Box 3861,    Little Rock, AR 72203-3861
4226444     +E-mail/Text: bankruptcynotices@ecolab.com May 21 2012 23:09:58     Ecolab,    PO Box 70343,
              Chicago, IL 60673-0343
4226445      E-mail/Text: credit7@entergy.com May 21 2012 23:07:24     Entergy,    P O Box 8101,
              Baton Rouge, LA 70891-8101
4226468      E-mail/Text: bankruptcy@arvest.com May 21 2012 23:08:34     Security Bankcard Center,
              PO Box 22116,    Tulsa, OK 74121-2116
4226467     +E-mail/Text: bankruptcy@arvest.com May 21 2012 23:08:34     Security Bankcard Center,
              PO Box 6139,    Norman, OK 73070-6139
4226470     +E-mail/Text: bankruptcy@sourcegas.com May 21 2012 23:10:06     Source Gas Arkansas,
              PO Box 660559,    Dallas, TX 75266-0559
                                                                                              TOTAL: 8
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0861-3          User: angie              Page 2 of 3              Date Rcvd: May 21, 2012
                              Form ID: nhrg            Total Noticed: 56
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2012**  **Signature:** _Joseph Speetjens_

```
District/off: 0861-3          User: angie                 Page 3 of 3                Date Rcvd: May 21, 2012
                              Form ID: nhrg               Total Noticed: 56


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2012 at the address(es) listed below:
              Jason N. Bramlett    on behalf of Creditor   Cornerstone Bank jbramlett@fridayfirm.com,
               screed@fridayfirm.com
              Seth T. Creed    on behalf of Creditor   Cornerstone Bank screed@fridayfirm.com,
               bgertsch@fridayfirm.com
              Stanley V Bond    on behalf of Debtor   PFI Hospitality, Inc. attybond@me.com,
               bfields.attybond@me.com;mcowan.attybond@me.com;ddouglas.attybond@me.com;attybond.cm.ecf@gmail.com
               ;kjohnson.attybond@me.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov;eliane.m.archambeault@usdoj.gov
                                                                                             TOTAL: 4
```

Form nhrg

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: PFI Hospitality, Inc.
Debtor

Case No.: 3:12−bk−71888
Chapter: 11
Judge: Ben T Barry

PLEASE TAKE NOTICE that a hearing will be held before Judge Ben T Barry at

Federal Building, 402 N. Walnut, Harrison, AR 72601

on 7/19/12 at 10:00 AM

to consider and act upon the following:

5 − Motion to Use Cash Collateral with Notice of Opportunity to Object and Certificate of Service Filed by Stanley V Bond on behalf of PFI Hospitality, Inc. (Attachments: # (1) Proposed Order) (Bond, Stanley)

8 − Objection to Motion to Use Cash Collateral of Cornerstone Bank (RE: related document(s)5 Motion to Use Cash Collateral with Notice of Opportunity to Object and Certificate of Service Filed by Stanley V Bond on behalf of PFI Hospitality, Inc. (Attachments: # (1) Proposed Order) filed by Debtor PFI Hospitality, Inc.) Filed by Seth T. Creed on behalf of Creditor Cornerstone Bank (Creed, Seth)

9 − Motion for Relief from Stay Motion of Cornerstone Bank for Relief from the Automatic Stay and Abandonment of Collateral and Motion to Abandon.Fee Amount $176 Filed by Seth T. Creed on behalf of Cornerstone Bank (Attachments: # (1) Exhibit Exhibit A# (2) Exhibit Exhibit B# (3) Exhibit Exhibit C−1# (4) Exhibit Exhibit C−2# (5) Exhibit Exhibit C−3# (6) Exhibit Exhibit C−4# (7) Exhibit Exhibit C−5# (8) Exhibit Exhibit C−6# (9) Exhibit Exhibit D# (10) Exhibit Exhibit E−1# (11) Exhibit Exhibit E−2# (12) Exhibit Exhibit E−3# (13) Exhibit Exhibit F# (14) Exhibit Exhibit G# (15) Exhibit Exhibit H# (16) Exhibit Exhibit I) (Creed, Seth)

For compelling reasons, the Court hereby ORDERS that, if and to the extent the automatic stay is in force, it shall remain in force pending disposition of the Motion for Relief from Stay, in accordance with 11 U.S.C. §362(e).

Dated: 5/21/12

Jean Rolfs, Clerk
By:
Angie R. Squires
Deputy Clerk