Form ncont341

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

---

In Re:   PFI Hospitality, Inc.
         Debtor

Case No.: 3:12–bk–71888
Chapter: 11
Judge: Ben T Barry
Trustee:

---

### NOTICE OF MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the 341(a) Meeting of Creditors is set to 7/12/12, 12:00 PM at the following location:

Federal Building, 402 N. Walnut, Harrison, AR 72601

DEBTOR(S) FAILURE TO APPEAR AT THE TIME AND PLACE SET MAY RESULT IN DISMISSAL OF THE CASE, WITHOUT FURTHER NOTICE OR HEARING BY THE COURT.

Dated: 5/24/12

Jean Rolfs, Clerk