# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−3 | User: nicolea | Date Created: 5/24/2012 |
| Case: 3:12−bk−71888 | Form ID: ncont341 | Total: 60 |

**Recipients of Notice of Electronic Filing:**
```
ust     U.S. Trustee (ust)       USTPRegion13.LR.ECF@usdoj.gov
aty     Jason N. Bramlett        jbramlett@fridayfirm.com
aty     Seth T. Creed            screed@fridayfirm.com
aty     Stanley V Bond           attybond@me.com
```
                                                                                           TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db          PFI Hospitality, Inc.       520 CR 1144         Eureka Springs, AR 72632
4226420     AEL Financial, LLC          Box 88046           Milwaukee, WI 53288−0046
4226421     All American Refrigeratn, LLC      112 W. Commercial        Harrison, AR 72601
4226422     American Advertising        P O Box 493         Harrison, AR 72601
4226423     American Home Patient       P O Box 676499      Dallas, TX 75267−6499
4226424     American Hotel Register     16458 Collections Center Dr.    Chicago, IL 60693
4226425     Arkansas Capital Corp. Group       200 S. Commerce St.     Suite 400     Little Rock, AR 72201
4226426     Arrow Refregeration         P O Box 843         Harrison, AR 72602−0843
4226427     BCD Travel         6 Concourse Pkwy NE          Atlanta, GA 30328
4226428     Boone County       P O Box 1152         Harrison, AR 72602
4226429     Boone County Tax   P O Box 88046        Milwaukee, WI 53288
4226430     Brodbeck Family Trust       7125 Coyote Crossing Avenue     Springdale, AR 72762
4226433     CATPC      P O Box 940        Harrison, AR 72602−0940
4226431     Carbon's           P O Box 71          Buchanan, MI 49107
4226432     Carpetmaster       P O Box 1739        Harrison, AR 72601
4226434     Choice Hotels International        P O Box 99992           Chicago, IL 60696−7792
4226436     Cornerstone Bank            152 E. Van Buren    Eureka Springs, AR 72632
4226435     Cornerstone Bank            152 East Van Buren  Eureka Springs, AR 72632
4226437     Cox Communications          P O Box 248871      Oklahoma City, OK 73124−8871
4226438     Crescent Hotel     75 Prospect Avenue   Eureka Springs, AR 72632−3099
4226439     Dept of Finance and Admin   1020 Goblin Drive, Suite C      Harrison, AR 72601
4226440     Dept of Finance and Admin   P O Box 3861        Little Rock, AR 72203−3861
4226441     Don Burris Rev Liv Trust    77 Woodsdale Drive  Eureka Springs, AR 72631
4226442     Donald J &Julie Albertson   520 CR 1144         Eureka Springs, AR 72632
4226443     Donald J. Alberson          420 CR 1144         Eureka Springs, AR 72632
4226444     Ecolab     PO Box 70343        Chicago, IL 60673
4226445     Entergy    P O Box 8101        Baton Rouge, LA 70891−8101
4226446     Fred and Rebecca Halper     10 Ddogwood Ridge   Eureka Springs, AR 72632
4226447     Great Southern Travel       3424 South National Miller, MO 65707
4226448     Hammerschmidt Fam Trust     P O Box 9999        Harrison, AR 72602−0999
4226449     Harbor Linen       P O Box 3510        Cherry Hill, NJ 08034
4226450     Harrison Band Boosters      P O Box 5           Harrison, AR 72601
4226451     Harrison Water Department   P O Box 1715        Harrison, AR 72602−1715
4226452     Jack Moyer         294 Holiday Island Drive     Eureka Springs, AR 72631
4226453     Jack V. Moyer      294 Holiday Island drive     Eureka Springs, AR 72631
4226454     Jed and Tammy Bullock       1072 CR 102         Eureka Springs, AR 72632
4226455     Julie Alberson     420 CR 1144         Eureka Springs, AR 72632
4226456     Little Apple       19492 Hwy 62 West   Eureka Springs, AR 72631
4226457     Mastercard         PO Box 30131        Tampa, FL 33630−3131
4226458     Meadors, Adams, Lee         P O Box 3456        Little Rock, AR 72203
4226459     Michael Sullivan   171 Jerusalem Hill road      Elmira, NY 14901
4226460     Miller Hardware Co., Inc.   #2 Necessity Ave    Harrison, AR 72601
4226461     Paul &Kay Moyer Rev Liv Trust      161 Cromwell Lane        Crossville, TN 38558
4226462     Pegasus    8350 No. Central Expressway  Dallas, TX 75206
4226463     Pippin Wholesale   PO Box 730          Harrison, AR 72601
4226464     Rachel Moyer       294 Holiday Island Drive     Eureka Springs, AR 72631
4226465     Reynolds Media, Inc.        400 South Sycamore  Harrison, AR 72601
4226466     Scott and Sharon Grave      23 Equennes Drive   Little Rock, AR 72223
4226468     Security Bankcard Center    PO Box 22116        Tulsa, OK 74121−2116
4226467     Security Bankcard Center    PO Box 6139         Norman, OK 73070
4226469     Six Bridges Bank   200 West Capitol Ave., Ste 400   Little Rock, AR 72201
4226470     Source Gas Arkansas         PO Box 660559       Dallas, TX 75266
4226471     Sysco Foods        PO Box 193410       Little Rock, AR 72219
4226472     Terry and Yadira Cook       1330 Iris Cove      Harrison, AR 72601
4226473     Travel Inc.        4355 River Green Pkwy.       Duluth, GA 30096−2572
4226474     Wiild Travel, Inc.          Corporate Headquarters          Douglassville, PA 19518
```
                                                                                           TOTAL: 56