B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Arkansas

In re  **PFI Hospitality, Inc.**             Case No.  **3:12-bk-71888**
                      Debtor(s)          Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Advertising**<br>P O Box 493<br>Harrison, AR 72601 | **American Advertising**<br>P O Box 493<br>Harrison, AR 72601 | | | **1,500.00** |
| **Arkansas Capital Corp. Group**<br>200 S. Commerce St.<br>Suite 400<br>Little Rock, AR 72201 | **Arkansas Capital Corp. Group**<br>200 S. Commerce St.<br>Suite 400<br>Little Rock, AR 72201 | **The Hotel Seville, 73, 080sq.ft., 302 N. Main St., Harrison, AR 72601** | | **1,171,250.00**<br>**(1,115,500.00 secured)**<br>**(1,636,139.00 senior lien)** |
| **Boone County**<br>P O Box 1152<br>Harrison, AR 72602 | **Boone County**<br>P O Box 1152<br>Harrison, AR 72602 | | | **26,080.00** |
| **Brodbeck Family Trust**<br>7125 Coyote Crossing Avenue<br>Springdale, AR 72762 | **Brodbeck Family Trust**<br>7125 Coyote Crossing Avenue<br>Springdale, AR 72762 | | | **103,277.26** |
| **CATPC**<br>P O Box 940<br>Harrison, AR 72602-0940 | **CATPC**<br>P O Box 940<br>Harrison, AR 72602-0940 | | | **1,095.00** |
| **Choice Hotels International**<br>P O Box 99992<br>Chicago, IL 60696-7792 | **Choice Hotels International**<br>P O Box 99992<br>Chicago, IL 60696-7792 | | | **11,286.00** |
| **Cornerstone Bank**<br>152 East Van Buren<br>Eureka Springs, AR 72632 | **Cornerstone Bank**<br>152 East Van Buren<br>Eureka Springs, AR 72632 | **The Hotel Seville, 73, 080sq.ft., 302 N. Main St., Harrison, AR 72601** | | **1,636,139.00**<br><br>**(1,115,500.00 secured)** |
| **Cornerstone Bank**<br>152 E. Van Buren<br>Eureka Springs, AR 72632 | **Cornerstone Bank**<br>152 E. Van Buren<br>Eureka Springs, AR 72632 | **The Hotel Seville, 73, 080sq.ft., 302 N. Main St., Harrison, AR 72601** | | **146,765.00**<br>**(1,115,500.00 secured)**<br>**(2,807,389.00 senior lien)** |
| **Cox Communications**<br>P O Box 248871<br>Oklahoma City, OK 73124-8871 | **Cox Communications**<br>P O Box 248871<br>Oklahoma City, OK 73124-8871 | | | **2,236.35** |
| **Dept of Finance and Admin**<br>P O Box 3861<br>Little Rock, AR 72203-3861 | **Dept of Finance and Admin**<br>P O Box 3861<br>Little Rock, AR 72203-3861 | | | **2,500.00** |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

B4 (Official Form 4) (12/07) - Cont.

In re   **PFI Hospitality, Inc.**                                       Case No.   **3:12-bk-71888**
_____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Dept of Finance and Admin<br>1020 Goblin Drive, Suite C<br>Harrison, AR 72601 | Dept of Finance and Admin<br>1020 Goblin Drive, Suite C<br>Harrison, AR 72601 | Use tax arrearages | | 9,100.00 |
| Entergy<br>P O Box 8101<br>Baton Rouge, LA 70891-8101 | Entergy<br>P O Box 8101<br>Baton Rouge, LA 70891-8101 | | | 2,877.47 |
| Financial Pacific Leasing, LLC<br>PO Box 4568<br>Federal Way, WA 98063-4568 | Financial Pacific Leasing, LLC<br>PO Box 4568<br>Federal Way, WA 98063-4568 | Washers and Dryers | | 9,350.24<br><br>(5,500.00 secured) |
| Harbor Linen<br>P O Box 3510<br>Cherry Hill, NJ 08034 | Harbor Linen<br>P O Box 3510<br>Cherry Hill, NJ 08034 | | | 1,157.99 |
| Jack V. Moyer<br>294 Holiday Island drive<br>Eureka Springs, AR 72631 | Jack V. Moyer<br>294 Holiday Island drive<br>Eureka Springs, AR 72631 | | | 10,620.00 |
| Mastercard<br>PO Box 30131<br>Tampa, FL 33630-3131 | Mastercard<br>PO Box 30131<br>Tampa, FL 33630-3131 | | | 3,681.00 |
| Meadors, Adams, Lee<br>P O Box 3456<br>Little Rock, AR 72203 | Meadors, Adams, Lee<br>P O Box 3456<br>Little Rock, AR 72203 | | | 4,932.00 |
| Michael Sullivan<br>171 Jerusalem Hill road<br>Elmira, NY 14901 | Michael Sullivan<br>171 Jerusalem Hill road<br>Elmira, NY 14901 | | | 1,068.07 |
| Security Bankcard Center<br>PO Box 6139<br>Norman, OK 73070 | Security Bankcard Center<br>PO Box 6139<br>Norman, OK 73070 | | | 13,252.00 |
| Terry and Yadira Cook<br>1330 Iris Cove<br>Harrison, AR 72601 | Terry and Yadira Cook<br>1330 Iris Cove<br>Harrison, AR 72601 | | | 1,068.07 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 25, 2012**                        Signature   **/s/ Jack Moyer**
                                                           **Jack Moyer**
                                                           **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Western District of Arkansas

In re **PFI Hospitality, Inc.** _____ ,
Debtor

Case No. __**3:12-bk-71888**__

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,244,500.00 | | |
| B - Personal Property | Yes | 3 | 609,983.62 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,964,519.09 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 35,180.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 175,387.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 1,854,483.62 | | |
| Total Liabilities | | | | 3,175,086.98 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Western District of Arkansas

In re    **PFI Hospitality, Inc.**                                 ,      Case No.    **3:12-bk-71888**

                                                 Debtor             Chapter                  **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **PFI Hospitality, Inc.**                                              ,    Case No.    **3:12-bk-71888**
                                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **The Hotel Seville, 73, 080sq.ft., 302 N. Main St., Harrison, AR 72601** | **Fee simple** | - | 1,115,500.00 | 2,954,154.00 |
| **205 West Ridge Road, Harrison, AR** | **Fee Owner** | - | 129,000.00 | 0.00 |

|  |  |
|---|---|
| Sub-Total > | **1,244,500.00** | (Total of this page) |
| Total > | **1,244,500.00** |  |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **PFI Hospitality, Inc.**              ,    Case No.   **3:12-bk-71888**

                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Arvest Checking Account | - | 2,701.68 |
| | | Arvest Money Market Account | - | 2,943.49 |
| | | Cornerstone Bank Checking Account | - | 40.44 |
| | | Cornerstone Bank Money Market | - | 8.48 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                              Sub-Total >     **5,694.09**
                                             (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **PFI Hospitality, Inc.**                                              ,   Case No.   **3:12-bk-71888**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **PFI Hospitality, Inc.**                                          ,   Case No.   **3:12-bk-71888**
                                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Furniture and Equipment | - | 597,689.53 |
| | | Telephone System | - | 1,100.00 |
| | | Washers and Dryers | - | 5,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >       604,289.53
(Total of this page)
Total >       609,983.62

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **PFI Hospitality, Inc.** ,                                    Case No.   **3:12-bk-71888**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. <br><br>**AEL Financial, LLC** <br>**Box 88046** <br>**Milwaukee, WI 53288-0046** | | - | | | **Telephone System** <br><br><br> Value $            **1,100.00** | | | | **1,014.85** | **0.00** |
| Account No. xxx8001 <br><br>**Arkansas Capital Corp. Group** <br>**200 S. Commerce St.** <br>**Suite 400** <br>**Little Rock, AR 72201** | | X | - | | **04/07/2008** <br><br>**Commercial Loan** <br><br>**The Hotel Seville, 73, 080sq.ft., 302 N. Main St., Harrison, AR 72601** <br> Value $            **1,115,500.00** | | | | **1,171,250.00** | **1,171,250.00** |
| Account No. <br><br>**Cornerstone Bank** <br>**152 East Van Buren** <br>**Eureka Springs, AR 72632** | | X | - | | **The Hotel Seville, 73, 080sq.ft., 302 N. Main St., Harrison, AR 72601** <br><br> Value $            **1,115,500.00** | | | | **1,636,139.00** | **520,639.00** |
| Account No. <br><br>**Cornerstone Bank** <br>**152 E. Van Buren** <br>**Eureka Springs, AR 72632** | | X | - | | **Secured Line of Credit** <br><br>**The Hotel Seville, 73, 080sq.ft., 302 N. Main St., Harrison, AR 72601** <br> Value $            **1,115,500.00** | | | | **146,765.00** | **146,765.00** |

  **1**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **2,955,168.85** | **1,838,654.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **PFI Hospitality, Inc.**                                               ,        Case No.    **3:12-bk-71888**
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Washers and Dryers** | | | | | |
| **Financial Pacific Leasing, LLC** **PO Box 4568** **Federal Way, WA 98063-4568** | - | | | | | | | |
| | | | Value $                      **5,500.00** | | | | 9,350.24 | 3,850.24 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 9,350.24 | 3,850.24 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 2,964,519.09 | 1,842,504.24 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re **PFI Hospitality, Inc.**                                                        Case No.   **3:12-bk-71888**
                                                             ,
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **PFI Hospitality, Inc.** , Case No. **3:12-bk-71888**
                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | | |
| Account No. **xxxxx2321**<br><br>**Boone County**<br>**P O Box 1152**<br>**Harrison, AR 72602** | - | | | | 11/8/2011 | | | | 26,080.00 | 0.00 | 26,080.00 |
| Account No. **xxxxxxx6-SLS**<br><br>**Dept of Finance and Admin**<br>**1020 Goblin Drive, Suite C**<br>**Harrison, AR 72601** | - | | | | 05/01/2008<br><br>Use tax arrearages | | | | 9,100.00 | 0.00 | 9,100.00 |
| Account No. | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |
| Account No. | | | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 35,180.00 | 0.00 | 35,180.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 35,180.00 | 0.00 | 35,180.00 |

B6F (Official Form 6F) (12/07)

In re __PFI Hospitality, Inc._____,   Case No. __3:12-bk-71888_____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **All American Refrigeratn, LLC 112 W. Commercial Harrison, AR 72601** | | - | | | | | | | 373.68 |
| Account No. | | | | | | | | | |
| **American Advertising P O Box 493 Harrison, AR 72601** | | | | | | | | | 1,500.00 |
| Account No. | | | | | | | | | |
| **American Home Patient P O Box 676499 Dallas, TX 75267-6499** | | - | | | | | | | 75.60 |
| Account No. | | | | | | | | | |
| **American Hotel Register 16458 Collections Center Dr. Chicago, IL 60693** | | - | | | | | | | 630.30 |
| __8__ continuation sheets attached | | | | | | Subtotal (Total of this page) | | | 2,579.58 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **PFI Hospitality, Inc.** _____ ,   Case No. ___**3:12-bk-71888**_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Arrow Refregeration P O Box 843 Harrison, AR 72602-0843 | - | | | | | | | 577.64 |
| Account No. | | | | | | | | |
| BCD Travel 6 Concourse Pkwy NE Atlanta, GA 30328 | - | | | | | | | 15.80 |
| Account No. | | | | | | | | |
| Brodbeck Family Trust 7125 Coyote Crossing Avenue Springdale, AR 72762 | - | | | | | | | 103,277.26 |
| Account No. | | | | | | | | |
| Carbon's P O Box 71 Buchanan, MI 49107 | - | | | | | | | 539.00 |
| Account No. | | | | | | | | |
| Carpetmaster P O Box 1739 Harrison, AR 72601 | - | | | | | | | 108.00 |

Sheet no. __1___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          104,517.70

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **PFI Hospitality, Inc.** ,                                    Case No.   **3:12-bk-71888**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **CATPC** P O Box 940 Harrison, AR 72602-0940 | - | | | | | | | 1,095.00 |
| Account No. **Choice Hotels International** P O Box 99992 Chicago, IL 60696-7792 | - | | | | | | | 11,286.00 |
| Account No. **Cox Communications** P O Box 248871 Oklahoma City, OK 73124-8871 | - | | | | | | | 2,236.35 |
| Account No. **Crescent Hotel** 75 Prospect Avenue Eureka Springs, AR 72632-3099 | - | | | | | | | 80.01 |
| Account No. **David Stebbins** 123 West Ridge Street, Apt. D Harrison, AR 72601 | - | | | Creditor is pro se plaintiff in lawsuit filed post-petition. | X | X | X | 1.00 |

Sheet no. **2** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 14,698.36 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __PFI Hospitality, Inc.__ ,                    Case No. __3:12-bk-71888__
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Dept of Finance and Admin P O Box 3861 Little Rock, AR 72203-3861 | | - | | | | | | 2,500.00 |
| Account No. | | | | | | | | |
| Don Burris Rev Liv Trust 77 Woodsdale Drive Eureka Springs, AR 72631 | | - | | | | | | 1,068.07 |
| Account No. | | | | | | | | |
| Donald J & Julie Alberson 520 CR 1144 Eureka Springs, AR 72632 | | - | | | | | | 1,068.07 |
| Account No. | | | | | | | | |
| Ecolab PO Box 70343 Chicago, IL 60673 | | - | | | | | | 497.08 |
| Account No. | | | | | | | | |
| Entergy P O Box 8101 Baton Rouge, LA 70891-8101 | | - | | | | | | 2,877.47 |

Sheet no. __3__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        8,010.69

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **PFI Hospitality, Inc.**                                   ,      Case No.   **3:12-bk-71888**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Fred and Rebecca Halper 10 Ddogwood Ridge Eureka Springs, AR 72632 | | - | | | | | | 1,068.07 |
| Account No. | | | | | | | | |
| Great Southern Travel 3424 South National Miller, MO 65707 | | - | | | | | | 43.34 |
| Account No. | | | | | | | | |
| Hammerschmidt Fam Trust P O Box 9999 Harrison, AR 72602-0999 | | - | | | | | | 1,068.07 |
| Account No. | | | | | | | | |
| Harbor Linen P O Box 3510 Cherry Hill, NJ 08034 | | - | | | | | | 1,157.99 |
| Account No. | | | | | | | | |
| Harrison Band Boosters P O Box 5 Harrison, AR 72601 | | - | | | | | | 250.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **3,587.47**

B6F (Official Form 6F) (12/07) - Cont.

In re   **PFI Hospitality, Inc.**                                         ,      Case No.   __**3:12-bk-71888**__
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Harrison Water Department P O Box 1715 Harrison, AR 72602-1715 | - | | | | | | | 980.32 |
| Account No. | | | | | | | | |
| Jack V. Moyer 294 Holiday Island drive Eureka Springs, AR 72631 | - | | | | | | | 10,620.00 |
| Account No. | | | | | | | | |
| Jed and Tammy Bullock 1072 CR 102 Eureka Springs, AR 72632 | - | | | | | | | 1,068.07 |
| Account No. | | | | | | | | |
| Little Apple 19492 Hwy 62 West Eureka Springs, AR 72631 | - | | | | | | | 412.91 |
| Account No. | | | | | | | | |
| Mastercard PO Box 30131 Tampa, FL 33630-3131 | - | | | | | | | 3,681.00 |

Sheet no. __**5**__ of __**8**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **16,762.30**

B6F (Official Form 6F) (12/07) - Cont.

In re   **PFI Hospitality, Inc.**                              ,   Case No.   **3:12-bk-71888**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Meadors, Adams, Lee P O Box 3456 Little Rock, AR 72203 | - | | | | | | 4,932.00 |
| Account No. | | | | | | | |
| Michael Sullivan 171 Jerusalem Hill road Elmira, NY 14901 | - | | | | | | 1,068.07 |
| Account No. | | | | | | | |
| Miller Hardware Co., Inc. #2 Necessity Ave Harrison, AR 72601 | - | | | | | | 821.93 |
| Account No. | | | | | | | |
| Paul & Kay Moyer Rev Liv Trust 161 Cromwell Lane Crossville, TN 38558 | - | | | | | | 1,067.26 |
| Account No. | | | | | | | |
| Pegasus 8350 No. Central Expressway Dallas, TX 75206 | - | | | | | | 8.50 |

Sheet no. **6** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **7,897.76**

B6F (Official Form 6F) (12/07) - Cont.

In re **PFI Hospitality, Inc.** , Case No. **3:12-bk-71888**
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Pippin Wholesale PO Box 730 Harrison, AR 72601 | - | | | | | | 947.90 |
| Account No. Reynolds Media, Inc. 400 South Sycamore Harrison, AR 72601 | - | | | | | | 0.00 |
| Account No. Scott and Sharon Grave 23 Equennes Drive Little Rock, AR 72223 | - | | | | | | 1,068.07 |
| Account No. Security Bankcard Center PO Box 6139 Norman, OK 73070 | - | | | | | | 13,252.00 |
| Account No. Source Gas Arkansas PO Box 660559 Dallas, TX 75266 | - | | | | | | 886.07 |

Sheet no. **7** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 16,154.04

B6F (Official Form 6F) (12/07) - Cont.

In re   **PFI Hospitality, Inc.**                                              ,   Case No.   **3:12-bk-71888**
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Sysco Foods PO Box 193410 Little Rock, AR 72219 | - | | | | | | | 57.05 |
| Account No. | | | | | | | | |
| Terry and Yadira Cook 1330 Iris Cove Harrison, AR 72601 | - | | | | | | | 1,068.07 |
| Account No. | | | | | | | | |
| Travel Inc. 4355 River Green Pkwy. Duluth, GA 30096-2572 | - | | | | | | | 34.00 |
| Account No. | | | | | | | | |
| Wiild Travel, Inc. Corporate Headquarters Douglassville, PA 19518 | - | | | | | | | 20.87 |
| Account No. | | | | | | | | |
| | | | | | | | | |

| Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,179.99 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 175,387.89 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **PFI Hospitality, Inc.**                                                ,        Case No.   **3:12-bk-71888**
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **PFI Hospitality, Inc.**                                                    Case No.   **3:12-bk-71888**
                                                                    ,
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Donald J. Alberson**<br>**420 CR 1144**<br>**Eureka Springs, AR 72632** | **Arkansas Capital Corp. Group**<br>**200 S. Commerce St.**<br>**Suite 400**<br>**Little Rock, AR 72201** |
| **Donald J. Alberson**<br>**420 CR 1144**<br>**Eureka Springs, AR 72632** | **Cornerstone Bank**<br>**152 East Van Buren**<br>**Eureka Springs, AR 72632** |
| **Donald J. Alberson**<br>**420 CR 1144**<br>**Eureka Springs, AR 72632** | **Cornerstone Bank**<br>**152 E. Van Buren**<br>**Eureka Springs, AR 72632** |
| **Jack Moyer**<br>**294 Holiday Island Drive**<br>**Eureka Springs, AR 72631** | **Arkansas Capital Corp. Group**<br>**200 S. Commerce St.**<br>**Suite 400**<br>**Little Rock, AR 72201** |
| **Jack Moyer**<br>**294 Holiday Island Drive**<br>**Eureka Springs, AR 72631** | **Cornerstone Bank**<br>**152 East Van Buren**<br>**Eureka Springs, AR 72632** |
| **Jack Moyer**<br>**294 Holiday Island Drive**<br>**Eureka Springs, AR 72631** | **Cornerstone Bank**<br>**152 E. Van Buren**<br>**Eureka Springs, AR 72632** |
| **Julie Alberson**<br>**520 CR 1144**<br>**Eureka Springs, AR 72632** | **Arkansas Capital Corp. Group**<br>**200 S. Commerce St.**<br>**Suite 400**<br>**Little Rock, AR 72201** |
| **Julie Alberson**<br>**520 CR 1144**<br>**Eureka Springs, AR 72632** | **Cornerstone Bank**<br>**152 East Van Buren**<br>**Eureka Springs, AR 72632** |
| **Julie Alberson**<br>**520 CR 1144**<br>**Eureka Springs, AR 72632** | **Cornerstone Bank**<br>**152 E. Van Buren**<br>**Eureka Springs, AR 72632** |
| **Rachael Moyer**<br>**294 Holiday Island Drive**<br>**Eureka Springs, AR 72631** | **Arkansas Capital Corp. Group**<br>**200 S. Commerce St.**<br>**Suite 400**<br>**Little Rock, AR 72201** |
| **Rachael Moyer**<br>**294 Holiday Island Drive**<br>**Eureka Springs, AR 72631** | **Cornerstone Bank**<br>**152 East Van Buren**<br>**Eureka Springs, AR 72632** |

1

_____ continuation sheets attached to Schedule of Codebtors

In re   **PFI Hospitality, Inc.**                                                         ,   Case No.   __**3:12-bk-71888**__
                                               Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Rachael Moyer**<br>**294 Holiday Island Drive**<br>**Eureka Springs, AR 72631** | **Cornerstone Bank**<br>**152 E. Van Buren**<br>**Eureka Springs, AR 72632** |

Sheet  __**1**__  of  __**1**__   continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                   Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Arkansas

In re    **PFI Hospitality, Inc.**        Case No.    **3:12-bk-71888**

Debtor(s)       Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**22**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **May 25, 2012**         Signature    **/s/ Jack Moyer**

                                               **Jack Moyer**
                                               **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Western District of Arkansas

| | | |
|---|---|---|
| In re **PFI Hospitality, Inc.** | Case No. | **3:12-bk-71888** |
| Debtor(s) | Chapter | **11** |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $573,602.00 | 2011 Gross Receipts from Operations |
| $190,535.00 | 2012 YTD Estimated  Gross Receipts from Operations |
| | Miscellaneous Receipts: $60869.00 |
| | Room Sales: $129666.00 |
| $503,244.00 | 2010 Gross Receipts from Operations |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE
**$0.00**                    **Miscellaneous sales: Gift shop, Long term rentals 30 days or more, and Resturant Lease**

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached List.** | | **$0.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **David Stebbins vs. PFI Hospitality, Inc.** | **Breach of Contract** | **Boone Circuit-Fourth Division CV-12-1402-4** | **Stayed** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bond Law Office**<br>**525 S. School Ave.**<br>**Suite 100**<br>**Fayetteville, AR 72701** | **04/2012** | **$12,001.00 retainer** |

**10. Other transfers**

None ■   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER     DESCRIPTION AND VALUE OF PROPERTY     LOCATION OF PROPERTY

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS             NAME USED             DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS      NAME AND ADDRESS OF GOVERNMENTAL UNIT      DATE OF NOTICE      ENVIRONMENTAL LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS      NAME AND ADDRESS OF GOVERNMENTAL UNIT      DATE OF NOTICE      ENVIRONMENTAL LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF GOVERNMENTAL UNIT      DOCKET NUMBER      STATUS OR DISPOSITION

6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **The 1929 Hotel Seville** | | **302 North Main Street Harrison, AR 72602** | **Hotel and Event Hosting** | |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Stone Financial 400 N. Main Street, Ste 1 Harrison, AR 72601** | **Acountant provides tax services, payroll services, and day-to-day bookkeeping and hotel audit services** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

7

| NAME AND ADDRESS | | DATE ISSUED |
|---|---|---|

---

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jack Moyer**<br>**294 Holiday Island Drive**<br>**Eureka Springs, AR 72631** | **President** | **27.20%** |
| **Donald and Julie Alberson**<br>**520 CR 1144**<br>**Eureka Springs, AR 72632** | **Vice-President (Don Alberson)** | **26.25%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■
    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■
    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **May 25, 2012**                        Signature   **/s/ Jack Moyer**
                                                                    **Jack Moyer**
                                                                       **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**2:07 PM**

**05/24/12**

**Accrual Basis**

# PFI HOSPITALITY, INC.
# Arvest Bank #9216
### As of May 11, 2012

| Type | Date | Num | Name | Clr | Debit | Credit | Balance |
|------|------|-----|------|-----|-------|--------|---------|
| **Arvest - 9216** | | | | | | | 1,472.59 |
| Check | 02/13/2012 | 3330 | Stone Financial | X | | 250.00 | 1,222.59 |
| Deposit | 02/13/2012 | | American Express | X | 87.74 | | 1,310.33 |
| Deposit | 02/13/2012 | | Heartland Payment Systems | X | 607.54 | | 1,917.87 |
| Deposit | 02/13/2012 | | American Express | X | 270.57 | | 2,188.44 |
| Deposit | 02/13/2012 | | Heartland Payment Systems | X | 569.58 | | 2,758.02 |
| Deposit | 02/13/2012 | | Heartland Payment Systems | X | 438.41 | | 3,196.43 |
| Check | 02/13/2012 | ACH | Suntrust Merchants | X | | 25.00 | 3,171.43 |
| Check | 02/13/2012 | 3331 | Emmilee Mitchell | X | | 168.48 | 3,002.95 |
| Bill Pmt -Check | 02/13/2012 | 3332 | Branson Balloon | X | | 800.00 | 2,202.95 |
| Bill Pmt -Check | 02/14/2012 | 3333 | Cox Communications | X | | 1,117.58 | 1,085.37 |
| Bill Pmt -Check | 02/14/2012 | 3334 | Mastercard - 0749 | X | | 197.00 | 888.37 |
| Bill Pmt -Check | 02/14/2012 | 3335 | Security Bankcard Center, Inc. - 6769 | X | | 429.00 | 459.37 |
| Bill Pmt -Check | 02/14/2012 | 3336 | Source Gas | X | | 103.90 | 355.47 |
| Bill Pmt -Check | 02/14/2012 | 3337 | Harrison Water Department | X | | 610.35 | -254.88 |
| Liability Check | 02/15/2012 | 3338 | Department of Finance and Administration | X | | 326.00 | -580.88 |
| Liability Check | 02/15/2012 | ACH | United States Treasury | X | | 2,573.92 | -3,154.80 |
| Check | 02/17/2012 | 3339 | CATPC | X | | 506.00 | -3,660.80 |
| Transfer | 02/14/2012 | | | X | 464.00 | | -3,196.80 |
| Transfer | 02/14/2012 | | | X | 1,339.05 | | -1,857.75 |
| Deposit | 02/14/2012 | | American Express | X | 86.54 | | -1,771.21 |
| Deposit | 02/14/2012 | | Heartland Payment Systems | X | 4,379.63 | | 2,608.42 |
| Deposit | 02/15/2012 | | American Express | X | 533.22 | | 3,141.64 |
| Deposit | 02/15/2012 | | Heartland Payment Systems | X | 632.56 | | 3,774.20 |
| Deposit | 02/16/2012 | | American Express | X | 467.16 | | 4,241.36 |
| Deposit | 02/16/2012 | | Heartland Payment Systems | X | 593.24 | | 4,834.60 |
| General Journal | 02/14/2012 | CPA11-108 | | X | | 38.60 | 4,796.00 |
| Transfer | 02/14/2012 | | | X | | 125.00 | 4,671.00 |
| Bill Pmt -Check | 02/20/2012 | 3340 | Accident Fund | X | | 2,256.50 | 2,414.50 |
| Transfer | 02/17/2012 | | | X | 1,562.90 | | 3,977.40 |
| Deposit | 02/17/2012 | | Heartland Payment Systems | X | 692.80 | | 4,670.20 |
| Check | 02/20/2012 | 3341 | Arvest Bank - DFA Checks | X | | 2,500.00 | 2,170.20 |
| Bill Pmt -Check | 02/22/2012 | 3342 | Entergy | X | | 3,664.70 | -1,494.50 |
| Paycheck | 02/24/2012 | 8560 | Clark, Liesha A. | X | | 615.96 | -2,110.46 |
| Paycheck | 02/24/2012 | 8561 | Freitas, Gary R. | X | | 458.02 | -2,568.48 |
| Paycheck | 02/24/2012 | 8562 | Fuller, Sarah C. | X | | 209.65 | -2,778.13 |
| Paycheck | 02/24/2012 | 8563 | Holt, Tabetha D. | X | | 371.75 | -3,149.88 |
| Paycheck | 02/24/2012 | 8564 | Howell, James K. | X | | 92.34 | -3,242.22 |
| Paycheck | 02/24/2012 | 8565 | Nichols, Quencey L. | X | | 348.69 | -3,590.91 |
| Paycheck | 02/24/2012 | EFT | Porter, Sandra A. | X | 0.00 | | -3,590.91 |
| Paycheck | 02/24/2012 | EFT | Sells (George), Ashley A. | X | 0.00 | | -3,590.91 |
| Paycheck | 02/24/2012 | 8566 | Snyder, James R. | X | | 527.04 | -4,117.95 |
| Paycheck | 02/24/2012 | 8567 | Spilman, Holly M. | X | | 258.80 | -4,376.75 |
| Paycheck | 02/24/2012 | EFT | Tallon, Dottie A. | X | 0.00 | | -4,376.75 |
| Paycheck | 02/24/2012 | EFT | Mitchell, Emmilee M. | X | 0.00 | | -4,376.75 |
| Paycheck | 02/24/2012 | EFT | Strain, April D. | X | 0.00 | | -4,376.75 |
| Liability Check | 02/23/2012 | | QuickBooks Payroll Service | X | | 2,909.87 | -7,286.62 |
| Bill Pmt -Check | 02/24/2012 | 3343 | Gibson Office Machines | X | | 189.06 | -7,475.68 |
| Deposit | 02/21/2012 | | Heartland Payment Systems | X | 540.30 | | -6,935.38 |
| Deposit | 02/21/2012 | | American Express | X | 173.08 | | -6,762.30 |
| Deposit | 02/21/2012 | | Heartland Payment Systems | X | 473.45 | | -6,288.85 |
| Deposit | 02/21/2012 | | Heartland Payment Systems | X | 876.55 | | -5,412.30 |
| Deposit | 02/21/2012 | | Heartland Payment Systems | X | 1,010.74 | | -4,401.56 |
| Deposit | 02/22/2012 | | Heartland Payment Systems | X | 1,987.64 | | -2,413.92 |
| Deposit | 02/23/2012 | | Heartland Payment Systems | X | 162.82 | | -2,251.10 |
| Check | 02/20/2012 | ACH | Stone Financial | X | | 250.00 | -2,501.10 |
| Deposit | 02/24/2012 | | Heartland Payment Systems | X | 1,068.02 | | -1,433.08 |
| Transfer | 02/23/2012 | | | X | 386.45 | | -1,046.63 |
| Transfer | 02/23/2012 | | | X | 2,000.00 | | 953.37 |
| Deposit | 02/27/2012 | | Heartland Payment Systems | X | 689.56 | | 1,642.93 |
| Deposit | 02/27/2012 | | Heartland Payment Systems | X | 334.17 | | 1,977.10 |
| Deposit | 02/27/2012 | | Heartland Payment Systems | X | 932.40 | | 2,909.50 |
| Deposit | 02/27/2012 | | American Express | X | 173.08 | | 3,082.58 |
| Check | 02/28/2012 | ACH | Shift4 Corp. | X | | 24.95 | 3,057.63 |
| Deposit | 02/28/2012 | | Heartland Payment Systems | X | 1,121.12 | | 4,178.75 |
| Check | 02/27/2012 | ACH | Stone Financial | X | | 250.00 | 3,928.75 |
| Bill Pmt -Check | 02/28/2012 | 3344 | American General Life Ins. Co. | X | | 196.10 | 3,732.65 |
| Bill Pmt -Check | 02/28/2012 | 3345 | Attack Termite & Pest Control, Inc. | X | | 172.80 | 3,559.85 |
| Bill Pmt -Check | 02/28/2012 | 3346 | Carpetmaster | X | | 299.16 | 3,260.69 |
| Bill Pmt -Check | 02/28/2012 | 3347 | Cox Communications | X | | 1,123.61 | 2,137.08 |
| Bill Pmt -Check | 02/28/2012 | 3348 | Reynolds Media, Inc. | X | | 90.00 | 2,047.08 |
| Bill Pmt -Check | 02/28/2012 | 3349 | Gibson Office Machines | X | | 258.50 | 1,788.58 |
| Bill Pmt -Check | 02/28/2012 | 3350 | Springfield Grocer Company | X | | 343.58 | 1,445.00 |
| Bill Pmt -Check | 02/29/2012 | 3351 | Stone Financial | X | | 1,200.00 | 245.00 |
| Bill Pmt -Check | 02/28/2012 | 22812 | AEL Financial | X | | 1,116.34 | -871.34 |
| Check | 03/05/2012 | 3333 | Stone Financial | X | | 250.00 | -1,121.34 |
| Deposit | 02/29/2012 | | American Express | X | 86.54 | | -1,034.80 |
| Check | 02/29/2012 | | Arvest Bank | X | | 78.25 | -1,113.05 |

2:07 PM

05/24/12

Accrual Basis

# PFI HOSPITALITY, INC.
## Arvest Bank #9216
### As of May 11, 2012

| Type | Date | Num | Name | Clr | Debit | Credit | Balance |
|------|------|-----|------|-----|-------|--------|---------|
| General Journal | 02/29/2012 | CPA11-115 | | X | | 483.07 | -1,596.12 |
| Transfer | 03/01/2012 | | | X | 4,144.76 | | 2,548.64 |
| Deposit | 03/01/2012 | | Heartland Payment Systems | X | 861.49 | | 3,410.13 |
| Deposit | 03/02/2012 | | Heartland Payment Systems | X | 174.02 | | 3,584.15 |
| Check | 03/01/2012 | ACH | Heartland Payment Systems | X | | 511.52 | 3,072.63 |
| Deposit | 03/05/2012 | | Heartland Payment Systems | X | 1,935.05 | | 5,007.68 |
| Deposit | 03/05/2012 | | Heartland Payment Systems | X | 1,276.37 | | 6,284.05 |
| Deposit | 03/05/2012 | | Heartland Payment Systems | X | 1,993.53 | | 8,277.58 |
| Deposit | 03/05/2012 | | American Express | X | 86.55 | | 8,364.13 |
| Deposit | 03/05/2012 | | American Express | X | 325.84 | | 8,689.97 |
| Check | 03/05/2012 | ACH | American Express | X | | 7.95 | 8,682.02 |
| Paycheck | 03/09/2012 | 8568 | Clark, Liesha A. | X | | 700.52 | 7,981.50 |
| Paycheck | 03/09/2012 | 8569 | Freitas, Gary. R. | X | | 426.29 | 7,555.21 |
| Paycheck | 03/09/2012 | 8570 | Fuller, Sarah C. | X | | 441.66 | 7,113.55 |
| Paycheck | 03/09/2012 | 8571 | Holt, Tabetha D. | X | | 300.90 | 6,812.65 |
| Paycheck | 03/09/2012 | 8572 | Howell, James K. | X | | 175.92 | 6,636.73 |
| Paycheck | 03/09/2012 | 8573 | Nichols, Quencey L. | X | | 360.33 | 6,276.40 |
| Paycheck | 03/09/2012 | EFT | Porter, Sandra A. | X | 0.00 | | 6,276.40 |
| Paycheck | 03/09/2012 | EFT | Sells (George), Ashley A. | X | 0.00 | | 6,276.40 |
| Paycheck | 03/09/2012 | 8574 | Snyder, James R. | X | | 528.52 | 5,747.88 |
| Paycheck | 03/09/2012 | EFT | Tallon, Dottie A. | X | 0.00 | | 5,747.88 |
| Paycheck | 03/09/2012 | EFT | Mitchell, Emmilee M. | X | 0.00 | | 5,747.88 |
| Paycheck | 03/09/2012 | EFT | Strain, April D. | X | 0.00 | | 5,747.88 |
| Liability Check | 03/08/2012 | | QuickBooks Payroll Service | X | | 2,984.47 | 2,763.41 |
| Deposit | 03/07/2012 | | Heartland Payment Systems | X | 449.30 | | 3,212.71 |
| Deposit | 03/07/2012 | | American Express | X | 4.19 | | 3,216.90 |
| Deposit | 03/06/2012 | | Heartland Payment Systems | X | 58.02 | | 3,274.92 |
| Transfer | 03/05/2012 | | | X | 854.52 | | 4,129.44 |
| Bill Pmt -Check | 03/09/2012 | 3352 | Harrison Water Department | X | | 467.67 | 3,661.77 |
| Liability Check | 03/15/2012 | ACH | Department of Finance and Administration | X | | 325.06 | 3,336.71 |
| General Journal | 03/09/2012 | CPA11-116 | | X | | 670.08 | 2,666.63 |
| Check | 03/12/2012 | 3334 | Stone Financial | X | | 250.00 | 2,416.63 |
| General Journal | 03/12/2012 | CPA11-117 | | X | | 136.00 | 2,280.63 |
| Deposit | 03/08/2012 | | Heartland Payment Systems | X | 160.66 | | 2,441.29 |
| Deposit | 03/09/2012 | | Arvest Bank | X | 3,514.27 | | 5,955.56 |
| Deposit | 03/09/2012 | | American Express | X | 86.54 | | 6,042.10 |
| Deposit | 03/09/2012 | | Heartland Payment Systems | X | 368.58 | | 6,410.68 |
| Deposit | 03/12/2012 | | Heartland Payment Systems | X | 709.81 | | 7,120.49 |
| Deposit | 03/12/2012 | | Heartland Payment Systems | X | 527.72 | | 7,648.21 |
| Deposit | 03/12/2012 | | American Express | X | 82.17 | | 7,730.38 |
| Deposit | 03/12/2012 | | American Express | X | 86.54 | | 7,816.92 |
| Deposit | 03/12/2012 | | Heartland Payment Systems | X | 258.85 | | 8,075.77 |
| Liability Check | 03/15/2012 | ACH | United States Treasury | X | | 2,532.80 | 5,542.97 |
| Bill Pmt -Check | 03/13/2012 | 3354 | Source Gas | X | | 755.61 | 4,787.36 |
| Bill Pmt -Check | 03/12/2012 | 3353 | Meadors, Adams, Lee | X | | 4,122.00 | 665.36 |
| Bill Pmt -Check | 03/13/2012 | 3356 | Choice Hotels International | X | | 2,000.00 | -1,334.64 |
| Bill Pmt -Check | 03/12/2012 | 3355 | Entergy | X | | 3,175.57 | -4,510.21 |
| Check | 03/20/2012 | ACH | Department of Finance and Administration | X | | 1,991.00 | -6,501.21 |
| General Journal | 03/16/2012 | CPA11-120 | | X | | 938.34 | -7,439.55 |
| General Journal | 03/13/2012 | CPA11-121 | | X | | 150.74 | -7,590.29 |
| Check | 03/20/2012 | 3360 | Arvest Bank - DFA Checks | X | | 2,500.00 | -10,090.29 |
| Deposit | 03/13/2012 | | Heartland Payment Systems | X | 1,327.66 | | -8,762.63 |
| Deposit | 03/14/2012 | | American Express | X | 2.09 | | -8,760.54 |
| Deposit | 03/15/2012 | | American Express | X | 415.48 | | -8,345.06 |
| Deposit | 03/15/2012 | | Heartland Payment Systems | X | 3,129.83 | | -5,215.23 |
| Transfer | 03/16/2012 | | | X | 500.00 | | -4,715.23 |
| Deposit | 03/16/2012 | | Heartland Payment Systems | X | 956.16 | | -3,759.07 |
| Check | 03/14/2012 | ACH | Heartland Payment Systems | X | | 38.41 | -3,797.48 |
| Check | 03/13/2012 | ACH | Suntrust Merchants | X | | 25.00 | -3,822.48 |
| Deposit | 03/19/2012 | | Heartland Payment Systems | X | 4,975.27 | | 1,152.79 |
| Deposit | 03/19/2012 | | Heartland Payment Systems | X | 1,790.66 | | 2,943.45 |
| Deposit | 03/19/2012 | | American Express | X | 86.55 | | 3,030.00 |
| Deposit | 03/19/2012 | | Heartland Payment Systems | X | 1,492.31 | | 4,522.31 |
| Deposit | 03/19/2012 | | American Express | X | 537.85 | | 5,060.16 |
| Bill Pmt -Check | 03/19/2012 | 3357 | Doug Isom | X | | 75.00 | 4,985.16 |
| Bill Pmt -Check | 03/19/2012 | 3358 | Pippin Wholesale | X | | 61.37 | 4,923.79 |
| Check | 03/19/2012 | 3359 | Royston's Mail Account | X | | 45.00 | 4,878.79 |
| Check | 03/19/2012 | 3335 | Stone Financial | X | | 250.00 | 4,628.79 |
| Transfer | 03/20/2012 | | | X | 250.00 | | 4,878.79 |
| Deposit | 03/20/2012 | | American Express | X | 58.49 | | 4,937.28 |
| Deposit | 03/21/2012 | | Heartland Payment Systems | X | 205.48 | | 5,142.76 |
| Deposit | 03/21/2012 | | American Express | X | 1,042.81 | | 6,185.57 |
| Deposit | 03/20/2012 | | Heartland Payment Systems | X | 1,033.31 | | 7,218.88 |
| General Journal | 03/20/2012 | CPA11-122 | | X | | 250.00 | 6,968.88 |
| Bill Pmt -Check | 03/22/2012 | 3361 | Prudential Insurance | X | | 690.34 | 6,278.54 |
| Bill Pmt -Check | 03/22/2012 | 3362 | Security Bankcard Center, Inc. - 6769 | X | | 435.00 | 5,843.54 |
| Bill Pmt -Check | 03/22/2012 | 3363 | Mastercard - 0749 | X | | 187.00 | 5,656.54 |
| Paycheck | 03/23/2012 | 8575 | Camp, Susan C. | X | | 212.86 | 5,443.68 |

Page 2

2:07 PM

05/24/12

Accrual Basis

# PFI HOSPITALITY, INC.
## Arvest Bank #9216
### As of May 11, 2012

| Type | Date | Num | Name | Clr | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Paycheck | 03/23/2012 | 8576 | Clark, Liesha A. | X | | 594.17 | 4,849.51 |
| Paycheck | 03/23/2012 | 8577 | Crafton, Veryl M. | X | | 390.82 | 4,458.69 |
| Paycheck | 03/23/2012 | 8578 | Freitas, Gary. R. | X | | 348.60 | 4,110.09 |
| Paycheck | 03/23/2012 | 8579 | Fuller, Sarah C. | X | | 551.76 | 3,558.33 |
| Paycheck | 03/23/2012 | 8580 | Holt, Tabetha D. | X | | 341.48 | 3,216.85 |
| Paycheck | 03/23/2012 | 8581 | Howell, James K. | X | | 41.39 | 3,175.46 |
| Paycheck | 03/23/2012 | 8582 | Nichols, Quencey L. | X | | 426.44 | 2,749.02 |
| Paycheck | 03/23/2012 | 8583 | Pemberton, Lou D. | X | | 152.19 | 2,596.83 |
| Paycheck | 03/23/2012 | EFT | Porter, Sandra A. | X | 0.00 | | 2,596.83 |
| Paycheck | 03/23/2012 | EFT | Sells (George), Ashley A. | X | 0.00 | | 2,596.83 |
| Paycheck | 03/23/2012 | 8584 | Shifley, Meagan M. | X | | 285.45 | 2,311.38 |
| Paycheck | 03/23/2012 | 8585 | Snyder, James R. | X | | 579.47 | 1,731.91 |
| Paycheck | 03/23/2012 | EFT | Tallon, Dottie A. | X | 0.00 | | 1,731.91 |
| Paycheck | 03/23/2012 | EFT | Mitchell, Emmilee M. | X | 0.00 | | 1,731.91 |
| Paycheck | 03/23/2012 | EFT | Strain, April D. | X | 0.00 | | 1,731.91 |
| Liability Check | 03/22/2012 | | QuickBooks Payroll Service | X | | 3,087.30 | -1,355.39 |
| Check | 03/26/2012 | 3336 | Stone Financial | X | | 250.00 | -1,605.39 |
| General Journal | 03/26/2012 | CPA11-124 | | X | 250.00 | | -1,355.39 |
| General Journal | 03/22/2012 | CPA11-125 | | X | | 189.04 | -1,544.43 |
| Deposit | 03/22/2012 | | American Express | X | 120.50 | | -1,423.93 |
| Deposit | 03/22/2012 | | Heartland Payment Systems | X | 65.36 | | -1,358.57 |
| Deposit | 03/23/2012 | | Heartland Payment Systems | X | 1,320.04 | | -38.53 |
| Deposit | 03/26/2012 | | Heartland Payment Systems | X | 5,626.72 | | 5,588.19 |
| Deposit | 03/26/2012 | | Heartland Payment Systems | X | 1,109.08 | | 6,697.27 |
| Deposit | 03/26/2012 | | American Express | X | 957.90 | | 7,655.17 |
| Deposit | 03/26/2012 | | Heartland Payment Systems | X | 945.29 | | 8,600.46 |
| Check | 03/26/2012 | Transfer | Arvest Bank | X | | 7,900.00 | 700.46 |
| Bill Pmt -Check | 03/28/2012 | 32712 | AEL Financial | X | | 1,116.34 | -415.88 |
| Deposit | 03/27/2012 | | Heartland Payment Systems | X | 1,788.85 | | 1,372.97 |
| Deposit | 03/27/2012 | | Arvest Bank | X | 255.94 | | 1,628.91 |
| Deposit | 03/27/2012 | | American Express | X | 1,124.37 | | 2,753.28 |
| Deposit | 03/28/2012 | | Heartland Payment Systems | X | 190.98 | | 2,944.26 |
| Deposit | 03/28/2012 | | American Express | X | 92.62 | | 3,036.88 |
| Deposit | 03/29/2012 | ACH | American Express | X | 299.49 | | 3,336.37 |
| Check | 03/29/2012 | ACH | Heartland Payment Systems | X | | 198.20 | 3,138.17 |
| General Journal | 03/29/2012 | CPA11-126 | | X | | 279.00 | 2,859.17 |
| Check | 03/27/2012 | ACH | Shift4 Corp. | X | | 24.95 | 2,834.22 |
| Bill Pmt -Check | 03/30/2012 | 3364 | Choice Hotels International | X | | 1,000.00 | 1,834.22 |
| Bill Pmt -Check | 03/30/2012 | 3365 | All American Refrigeration, LLC | X | | 991.20 | 843.02 |
| Check | 04/02/2012 | 3337 | Stone Financial | X | | 250.00 | 593.02 |
| General Journal | 03/30/2012 | CPA11-133 | | X | | 1,820.48 | -1,227.46 |
| Deposit | 03/30/2012 | | American Express | X | 19.39 | | -1,208.07 |
| Deposit | 03/30/2012 | | Heartland Payment Systems | X | 270.15 | | -937.92 |
| Check | 03/30/2012 | ACH | Arvest Bank | X | | 70.05 | -1,007.97 |
| Deposit | 03/29/2012 | | Arvest Bank | X | 120.00 | | -887.97 |
| Deposit | 04/02/2012 | | Heartland Payment Systems | X | 1,408.44 | | 520.47 |
| Deposit | 04/02/2012 | | Heartland Payment Systems | X | 1,732.02 | | 2,252.49 |
| Deposit | 04/02/2012 | | American Express | X | 510.47 | | 2,762.96 |
| Check | 04/02/2012 | ACH | Heartland Payment Systems | X | | 954.20 | 1,808.76 |
| Bill Pmt -Check | 04/03/2012 | ACH | Financial Pacific Leasing | X | | 631.13 | 1,177.63 |
| Check | 04/04/2012 | 3366 | CATPC | X | | 595.00 | 582.63 |
| Paycheck | 04/06/2012 | 8586 | Blair, Miranda N. | X | | 207.40 | 375.23 |
| Paycheck | 04/06/2012 | 8594 | Clark, Liesha A. | X | | 624.78 | -249.55 |
| Paycheck | 04/06/2012 | 8587 | Crafton, Veryl M. | X | | 564.40 | -813.95 |
| Paycheck | 04/06/2012 | 8588 | Freitas, Gary. R. | X | | 476.31 | -1,290.26 |
| Paycheck | 04/06/2012 | EFT | Fuller, Sarah C. | X | 0.00 | | -1,290.26 |
| Paycheck | 04/06/2012 | 8589 | Holt, Tabetha D. | X | | 327.99 | -1,618.25 |
| Paycheck | 04/06/2012 | 8590 | Nichols, Quencey L. | X | | 438.31 | -2,056.56 |
| Paycheck | 04/06/2012 | EFT | Porter, Sandra A. | X | 0.00 | | -2,056.56 |
| Paycheck | 04/06/2012 | EFT | Sells (George), Ashley A. | X | 0.00 | | -2,056.56 |
| Paycheck | 04/06/2012 | 8591 | Shifley, Meagan M. | X | | 523.13 | -2,579.69 |
| Paycheck | 04/06/2012 | 8592 | Snyder, James R. | X | | 465.00 | -3,044.69 |
| Paycheck | 04/06/2012 | EFT | Tallon, Dottie A. | X | 0.00 | | -3,044.69 |
| Paycheck | 04/06/2012 | 8593 | Wingrove, Eric L. | X | | 120.76 | -3,165.45 |
| Paycheck | 04/06/2012 | EFT | Mitchell, Emmilee M. | X | 0.00 | | -3,165.45 |
| Paycheck | 04/06/2012 | EFT | Strain, April D. | X | 0.00 | | -3,165.45 |
| Liability Check | 04/05/2012 | | QuickBooks Payroll Service | X | | 3,566.97 | -6,732.42 |
| Check | 04/05/2012 | 3367 | Brian Gipson | X | | 440.00 | -7,172.42 |
| Deposit | 04/02/2012 | | Arvest Bank | X | 2,914.56 | | -4,257.86 |
| Deposit | 04/03/2012 | | American Express | X | 77.99 | | -4,179.87 |
| Deposit | 04/04/2012 | | Heartland Payment Systems | X | 600.15 | | -3,579.72 |
| Deposit | 04/04/2012 | | American Express | X | 6.28 | | -3,573.44 |
| Deposit | 04/05/2012 | | American Express | X | 93.66 | | -3,479.78 |
| Deposit | 04/05/2012 | | Heartland Payment Systems | X | 2,339.40 | | -1,140.38 |
| Deposit | 04/02/2012 | | American Express | X | 644.18 | | -496.20 |
| Deposit | 04/02/2012 | | Heartland Payment Systems | X | 669.40 | | 173.20 |
| Deposit | 04/03/2012 | | Heartland Payment Systems | X | 386.84 | | 560.04 |
| Check | 04/03/2012 | ACH | American Express | X | | 7.95 | 552.09 |

2:07 PM

05/24/12

Accrual Basis

# PFI HOSPITALITY, INC.
## Arvest Bank #9216
### As of May 11, 2012

| Type | Date | Num | Name | Clr | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Check | 04/06/2012 | 3368 | Rickey George | X | | 75.00 | 477.09 |
| Check | 04/06/2012 | 3369 | Rickey George | X | | 250.00 | 227.09 |
| General Journal | 04/06/2012 | CPA11-134 | | X | | 367.04 | -139.95 |
| Check | 04/09/2012 | 3338 | Stone Financial | X | | 250.00 | -389.95 |
| Deposit | 04/08/2012 | | Arvest Bank | X | 102.44 | | -287.51 |
| Deposit | 04/06/2012 | | American Express | X | 97.49 | | -190.02 |
| Deposit | 04/06/2012 | | Heartland Payment Systems | X | 1,653.96 | | 1,463.94 |
| Deposit | 04/09/2012 | | Heartland Payment Systems | X | 1,060.30 | | 2,524.24 |
| Deposit | 04/09/2012 | | Heartland Payment Systems | X | 744.80 | | 3,269.04 |
| Deposit | 04/09/2012 | | Living Social | X | 14,677.32 | | 17,946.36 |
| Deposit | 04/09/2012 | | American Express | X | 581.70 | | 18,528.06 |
| Deposit | 04/09/2012 | | American Express | X | 173.10 | | 18,701.16 |
| Deposit | 04/09/2012 | | Heartland Payment Systems | X | 1,367.89 | | 20,069.05 |
| Deposit | 04/05/2012 | | Arvest Bank | X | 318.54 | | 20,387.59 |
| Bill Pmt -Check | 04/11/2012 | 3371 | Source Gas | X | | 980.64 | 19,406.95 |
| Bill Pmt -Check | 04/10/2012 | 3370 | Harrison Water Department | X | | 678.80 | 18,728.15 |
| Bill Pmt -Check | 04/11/2012 | 3372 | All American Refrigeration, LLC | X | | 1,690.47 | 17,037.68 |
| Check | 04/11/2012 | 3373 | Mystic Caverns | X | | 280.00 | 16,757.68 |
| General Journal | 03/31/2012 | CPA11-136 | | X | 637.97 | | 17,395.65 |
| General Journal | 04/01/2012 | CPA11-137 | | X | | 637.97 | 16,757.68 |
| Bill Pmt -Check | 04/17/2012 | 3374 | Mastercard - 0749 | X | | 1,500.00 | 15,257.68 |
| Deposit | 04/09/2012 | | Arvest Bank | X | 2,448.50 | | 17,706.18 |
| General Journal | 04/11/2012 | CPA11-140 | | X | | 3,636.03 | 14,070.15 |
| Deposit | 04/10/2012 | | Heartland Payment Systems | X | 1,222.73 | | 15,292.88 |
| Deposit | 04/12/2012 | | Heartland Payment Systems | X | 914.17 | | 16,207.05 |
| Deposit | 04/12/2012 | | American Express | X | 345.06 | | 16,552.11 |
| Check | 04/11/2012 | ACH | Heartland Payment Systems | X | | 591.36 | 15,960.75 |
| Liability Check | 04/17/2012 | ACH | United States Treasury | X | | 2,858.21 | 13,102.54 |
| Liability Check | 04/16/2012 | ACH | Department of Finance and Administration | X | | 366.73 | 12,735.81 |
| Check | 04/20/2012 | ACH | Department of Finance and Administration | X | | 3,932.00 | 8,803.81 |
| Check | 04/12/2012 | Transfer | Arvest Bank | X | | 10,000.00 | -1,196.19 |
| Check | 04/16/2012 | ACH | Stone Financial | X | | 250.00 | -1,446.19 |
| Deposit | 04/13/2012 | | American Express | X | 361.50 | | -1,084.69 |
| Deposit | 04/13/2012 | | Heartland Payment Systems | X | 1,068.45 | | -16.24 |
| Deposit | 04/16/2012 | | Heartland Payment Systems | X | 825.12 | | 808.88 |
| Deposit | 04/16/2012 | | Heartland Payment Systems | X | 397.88 | | 1,206.76 |
| Deposit | 04/16/2012 | | American Express | X | 272.97 | | 1,479.73 |
| Deposit | 04/16/2012 | | Heartland Payment Systems | X | 353.36 | | 1,833.09 |
| Deposit | 04/16/2012 | | American Express | X | 97.49 | | 1,930.58 |
| Check | 04/17/2012 | 3375 | The Home Depot | X | | 469.13 | 1,461.45 |
| Paycheck | 04/20/2012 | 8595 | Clark, Liesha A. | X | | 521.48 | 939.97 |
| Paycheck | 04/20/2012 | 8596 | Crafton, Veryl M. | X | | 390.82 | 549.15 |
| Paycheck | 04/20/2012 | 8597 | Freitas, Gary R. | X | | 348.60 | 200.55 |
| Paycheck | 04/20/2012 | EFT | Fuller, Sarah C. | X | 0.00 | | 200.55 |
| Paycheck | 04/20/2012 | 8598 | Holt, Tabetha D. | X | | 345.86 | -145.31 |
| Paycheck | 04/20/2012 | 8599 | Nichols, Quencey L. | X | | 412.44 | -557.75 |
| Paycheck | 04/20/2012 | EFT | Porter, Sandra A. | X | 0.00 | | -557.75 |
| Paycheck | 04/20/2012 | EFT | Sells (George), Ashley A. | X | 0.00 | | -557.75 |
| Paycheck | 04/20/2012 | 8600 | Shifley, Meagan M. | X | | 285.46 | -843.21 |
| Paycheck | 04/20/2012 | 8601 | Snyder, James R. | X | | 579.46 | -1,422.67 |
| Paycheck | 04/20/2012 | EFT | Tallon, Dottie A. | X | 0.00 | | -1,422.67 |
| Check | 04/20/2012 | 3376 | James Edwards | X | | 75.00 | -1,497.67 |
| Check | 04/20/2012 | 3377 | Rickey George | X | | 300.00 | -1,797.67 |
| Paycheck | 04/20/2012 | 8602 | Wingrove, Eric L. | X | | 52.84 | -1,850.51 |
| Deposit | 04/17/2012 | | Heartland Payment Systems | X | 752.04 | | -1,098.47 |
| Deposit | 04/17/2012 | | Arvest Bank | X | 2,500.00 | | 1,401.53 |
| Deposit | 04/17/2012 | | American Express | X | 152.29 | | 1,553.82 |
| Deposit | 04/18/2012 | | Heartland Payment Systems | X | 554.01 | | 2,107.83 |
| Deposit | 04/18/2012 | | American Express | X | 266.20 | | 2,374.03 |
| Deposit | 04/16/2012 | | Arvest Bank | X | 610.13 | | 2,984.16 |
| Paycheck | 04/20/2012 | EFT | Mitchell, Emmilee M. | X | 0.00 | | 2,984.16 |
| Paycheck | 04/20/2012 | EFT | Strain, April D. | X | 0.00 | | 2,984.16 |
| Liability Check | 04/19/2012 | | QuickBooks Payroll Service | X | | 3,643.54 | -659.38 |
| Bill Pmt -Check | 04/18/2012 | 3379 | Little Apple | X | | 230.21 | -889.59 |
| Check | 04/20/2012 | 3380 | Joel Gassaway | X | | 150.00 | -1,039.59 |
| Check | 04/19/2012 | 3381 | Arvest Bank - DFA Checks | X | | 2,500.00 | -3,539.59 |
| Deposit | 04/19/2012 | Transfer | Arvest Bank | X | 5,100.00 | | 1,560.41 |
| Bill Pmt -Check | 04/20/2012 | 3382 | Springfield Grocer Company | X | | 212.69 | 1,347.72 |
| Bill Pmt -Check | 04/19/2012 | 3378 | Entergy | X | | 2,592.26 | -1,244.54 |
| Paycheck | 04/20/2012 | 8603 | Blair, Miranda N. | X | | 115.90 | -1,360.44 |
| Deposit | 04/20/2012 | | Arvest Bank | X | 250.00 | | -1,110.44 |
| Deposit | 04/20/2012 | | Arvest Bank | X | 250.00 | | -860.44 |
| Deposit | 04/20/2012 | | Arvest Bank | X | 450.00 | | -410.44 |
| Deposit | 04/20/2012 | | American Express | X | 116.98 | | -293.46 |
| Deposit | 04/20/2012 | | Heartland Payment Systems | X | 174.96 | | -118.50 |
| Deposit | 04/23/2012 | | Heartland Payment Systems | X | 433.38 | | 314.88 |
| Deposit | 04/23/2012 | | Heartland Payment Systems | X | 313.94 | | 628.82 |
| Deposit | 04/23/2012 | | Heartland Payment Systems | X | 1,355.13 | | 1,983.95 |

2:07 PM

05/24/12

Accrual Basis

# PFI HOSPITALITY, INC.
## Arvest Bank #9216
### As of May 11, 2012

| Type | Date | Num | Name | Clr | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Deposit | 04/23/2012 | | American Express | X | 120.50 | | 2,104.45 |
| Check | 04/23/2012 | ACH | Stone Financial | X | | 250.00 | 1,854.45 |
| General Journal | 04/20/2012 | CPA11-148 | | X | | 124.09 | 1,730.36 |
| Bill Pmt -Check | 04/24/2012 | 3384 | Choice Hotels International | X | | 2,744.97 | -1,014.61 |
| Paycheck | 04/20/2012 | 8605 | Crafton, Veryl M. | X | | 230.79 | -1,245.40 |
| Paycheck | 04/20/2012 | 8607 | Holt, Tabetha D. | X | | 57.91 | -1,303.31 |
| Paycheck | 04/20/2012 | 8609 | Shifley, Meagan M. | X | | 235.87 | -1,539.18 |
| Paycheck | 04/20/2012 | 8610 | Wingrove, Eric L. | X | | 241.10 | -1,780.28 |
| Check | 04/25/2012 | 3386 | Buffalo River Canoes | X | | 360.00 | -2,140.28 |
| General Journal | 04/25/2012 | CPA11-149 | | X | | 280.00 | -2,420.28 |
| Deposit | 04/25/2012 | | Heartland Payment Systems | X | 248.59 | | -2,171.69 |
| Deposit | 04/25/2012 | | Arvest Bank | X | 89.27 | | -2,082.42 |
| Deposit | 04/24/2012 | | Heartland Payment Systems | X | 2,689.31 | | 606.89 |
| Deposit | 04/26/2012 | | American Express | X | 341.67 | | 948.56 |
| Deposit | 04/26/2012 | | Heartland Payment Systems | X | 1,022.64 | | 1,971.20 |
| Deposit | 04/27/2012 | | Heartland Payment Systems | X | 3,052.28 | | 5,023.48 |
| Liability Check | 04/27/2012 | ACH | United States Treasury | X | | 251.73 | 4,771.75 |
| Check | 04/30/2012 | 3341 | Stone Financial | X | | 250.00 | 4,521.75 |
| Deposit | 04/27/2012 | | Arvest Bank | X | 499.05 | | 5,020.80 |
| Deposit | 04/30/2012 | | American Express | X | 400.96 | | 5,421.76 |
| Deposit | 04/30/2012 | | Heartland Payment Systems | X | 942.30 | | 6,364.06 |
| Deposit | 04/30/2012 | | Heartland Payment Systems | X | 1,149.66 | | 7,513.72 |
| Deposit | 04/30/2012 | | Heartland Payment Systems | X | 1,084.85 | | 8,598.57 |
| Deposit | 04/30/2012 | | American Express | X | 346.17 | | 8,944.74 |
| Check | 04/30/2012 | | Arvest Bank | X | | 71.07 | 8,873.67 |
| General Journal | 04/30/2012 | CPA11-156 | | X | 73.45 | | 8,947.12 |
| Paycheck | 05/04/2012 | | Fuller, Sarah C. | X | 0.00 | | 8,947.12 |
| Paycheck | 05/04/2012 | EFT | Porter, Sandra A. | X | 0.00 | | 8,947.12 |
| Paycheck | 05/04/2012 | EFT | Sells (George), Ashley A. | X | 0.00 | | 8,947.12 |
| Paycheck | 05/04/2012 | EFT | Tallon, Dottie A. | X | 0.00 | | 8,947.12 |
| Paycheck | 05/04/2012 | EFT | Mitchell, Emmilee M. | X | 0.00 | | 8,947.12 |
| Paycheck | 05/04/2012 | EFT | Strain, April D. | X | 0.00 | | 8,947.12 |
| Bill Pmt -Check | 04/25/2012 | 3385 | Springfield Grocer Company | * | | 184.59 | 8,762.53 |
| Check | 04/20/2012 | 3383 | CATPC | * | | 1,173.00 | 7,589.53 |
| Paycheck | 04/20/2012 | 8604 | Clark, Liesha A. | * | | 8.68 | 7,580.85 |
| Paycheck | 04/20/2012 | 8606 | Freitas, Gary. R. | * | | 60.43 | 7,520.42 |
| Paycheck | 04/20/2012 | 8608 | Sells (George), Ashley A. | * | | 4.53 | 7,515.89 |
| Liability Check | 04/30/2012 | ACH | Arkansas Department of Workforce Services | * | | 1,678.17 | 5,837.72 |
| Check | 04/30/2012 | 3387 | Stone Financial | * | | 50.00 | 5,787.72 |
| Deposit | 05/01/2012 | | Heartland Payment Systems | * | 1,658.09 | | 7,445.81 |
| Check | 05/01/2012 | Transfer | Arvest Bank | * | | 5,000.00 | 2,445.81 |
| Check | 05/01/2012 | ACH | Heartland Payment Systems | * | | 761.00 | 1,684.81 |
| Check | 05/01/2012 | ACH | Financial Pacific Leasing | * | | 631.13 | 1,053.68 |
| Deposit | 05/02/2012 | | Heartland Payment Systems | * | 4,634.94 | | 5,688.62 |
| Deposit | 05/02/2012 | | American Express | * | 294.59 | | 5,983.21 |
| Paycheck | 05/04/2012 | 8611 | Clark, Liesha A. | * | | 491.58 | 5,491.63 |
| Paycheck | 05/04/2012 | 8618 | Crafton, Veryl M. | * | | 514.23 | 4,977.40 |
| Paycheck | 05/04/2012 | 8612 | Freitas, Gary. R. | * | | 406.07 | 4,571.33 |
| Paycheck | 05/04/2012 | 8613 | Holt, Tabetha D. | * | | 420.66 | 4,150.67 |
| Paycheck | 05/04/2012 | 8614 | Nichols, Quencey L. | * | | 429.45 | 3,721.22 |
| Paycheck | 05/04/2012 | 8615 | Shifley, Meagan M. | * | | 328.39 | 3,392.83 |
| Paycheck | 05/04/2012 | 8616 | Snyder, James R. | * | | 419.02 | 2,973.81 |
| Paycheck | 05/04/2012 | 8617 | Wingrove, Eric L. | * | | 368.88 | 2,604.93 |
| Liability Check | 05/03/2012 | | QuickBooks Payroll Service | * | | 3,226.54 | -621.61 |
| Bill Pmt -Check | 05/03/2012 | 3388 | Attack Termite & Pest Control, Inc. | * | | 172.80 | -794.41 |
| Bill Pmt -Check | 05/03/2012 | 3389 | Creative Printing | * | | 15.00 | -809.41 |
| Bill Pmt -Check | 05/03/2012 | 3390 | NexxCom | * | | 75.00 | -884.41 |
| Bill Pmt -Check | 05/03/2012 | 3391 | Ozark Arts Council | * | | 45.00 | -929.41 |
| Bill Pmt -Check | 05/03/2012 | 3392 | Springfield Grocer Company | * | | 593.39 | -1,522.80 |
| Bill Pmt -Check | 05/03/2012 | 3393 | Stone Financial | * | | 20.79 | -1,543.59 |
| Bill Pmt -Check | 05/03/2012 | 3394 | Carpetmaster | * | | 509.76 | -2,053.35 |
| Check | 05/03/2012 | 3395 | North Arkansas College | * | | 50.00 | -2,103.35 |
| Check | 05/07/2012 | 3342 | Stone Financial | * | | 250.00 | -2,353.35 |
| Deposit | 05/03/2012 | | Arvest Bank | * | 8.68 | | -2,344.67 |
| Deposit | 05/03/2012 | | Arvest Bank | * | 1,315.00 | | -1,029.67 |
| Deposit | 05/03/2012 | | American Express | * | 92.62 | | -937.05 |
| Deposit | 05/03/2012 | | Heartland Payment Systems | * | 4,102.08 | | 3,165.03 |
| Deposit | 05/04/2012 | | Arvest Bank | * | 1,368.29 | | 4,533.32 |
| Deposit | 05/04/2012 | | Heartland Payment Systems | * | 104.22 | | 4,637.54 |
| Deposit | 05/07/2012 | | Heartland Payment Systems | * | 626.00 | | 5,263.54 |
| Deposit | 05/07/2012 | | Heartland Payment Systems | * | 1,329.63 | | 6,593.17 |
| Deposit | 05/07/2012 | | American Express | * | 581.70 | | 7,174.87 |
| Deposit | 05/07/2012 | | Heartland Payment Systems | * | 1,421.96 | | 8,596.83 |
| Deposit | 05/07/2012 | | American Express | * | 648.24 | | 9,245.07 |
| Check | 05/02/2012 | Transfer | Arvest Bank | * | | 4,000.00 | 5,245.07 |
| Check | 05/03/2012 | ACH | American Express | * | | 7.95 | 5,237.12 |
| Bill Pmt -Check | 05/08/2012 | 3396 | AEL Financial | * | | 1,116.34 | 4,120.78 |
| Deposit | 05/10/2012 | | Heartland Payment Systems | * | 265.19 | | 4,385.97 |

# PFI HOSPITALITY, INC.
## Arvest Bank #9216
### As of May 11, 2012

| Type | Date | Num | Name | Clr | Debit | Credit | Balance |
|------|------|-----|------|-----|-------|--------|---------|
| Deposit | 05/10/2012 | | American Express | * | 525.85 | | 4,911.82 |
| Deposit | 05/08/2012 | | American Express | * | 462.39 | | 5,374.21 |
| Deposit | 05/08/2012 | | Heartland Payment Systems | * | 3,604.77 | | 8,978.98 |
| Deposit | 05/09/2012 | | Heartland Payment Systems | * | 67.78 | | 9,046.76 |
| Bill Pmt -Check | 05/11/2012 | 3398 | Arrow Refrigeration | * | | 577.64 | 8,469.12 |
| Bill Pmt -Check | 05/11/2012 | 3399 | Entergy | * | | 2,877.47 | 5,591.65 |
| Bill Pmt -Check | 05/11/2012 | 3400 | Harrison Water Department | * | | 947.29 | 4,644.36 |
| Bill Pmt -Check | 05/11/2012 | 3401 | Source Gas | * | | 868.07 | 3,776.29 |
| Bill Pmt -Check | 05/10/2012 | 3397 | American General Life Ins. Co. | * | | 196.10 | 3,580.19 |
| Bill Pmt -Check | 05/11/2012 | 3403 | Cox Communications | * | | 1,118.96 | 2,461.23 |
| Bill Pmt -Check | 05/11/2012 | 3404 | Security Bankcard Center, Inc. - 6769 | * | | 446.00 | 2,015.23 |
| Bill Pmt -Check | 05/11/2012 | 3405 | Springfield Grocer Company | * | | 508.58 | 1,506.65 |
| Bill Pmt -Check | 05/11/2012 | 3406 | Harrison Water Department | * | | 33.03 | 1,473.62 |
| Deposit | 05/11/2012 | | | * | 436.00 | | 1,909.62 |
| Deposit | 05/11/2012 | | | * | 225.56 | | 2,135.18 |
| General Journal | 05/11/2012 | CPA11-167 | | * | | 347.95 | 1,787.23 |
| Bill Pmt -Check | 05/11/2012 | 3402 | Carbon's | | | 539.00 | 1,248.23 |
| Total Arvest - 9216 | | | | | 165,279.74 | 165,504.10 | 1,248.23 |
| **TOTAL** | | | | | **165,279.74** | **165,504.10** | **1,248.23** |

# United States Bankruptcy Court
## Western District of Arkansas

In re    **PFI Hospitality, Inc.**                                                 Case No.    **3:12-bk-71888**
                                                    Debtor(s)                      Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................... $            **12,001.00**

    Prior to the filing of this statement I have received ....................................... $            **12,001.00**

    Balance Due ................................................................................................... $                  **0.00**

2.  $   **1,039.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify)

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify)

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    b.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    c.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **May 25, 2012**                              **/s/ Stanley V. Bond**
                                                        **Stanley V. Bond**
                                                        **Bond Law Office**
                                                        **525 S. School Ave.**
                                                        **Suite 100**
                                                        **Fayetteville, AR 72701**
                                                        **479-444-0255  Fax: 479-444-7141**
                                                        **attybond@me.com**

---

# United States Bankruptcy Court
### Western District of Arkansas

In re    **PFI Hospitality, Inc.**                              ,    Case No.    **3:12-bk-71888**

Debtor

Chapter        **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brodbeck Family Trust**<br>**7125 Coyote Crossing Avenue**<br>**Springdale, AR 72762** | | **11.77%** | |
| **Don Burris Rev Liv Trust**<br>**77 Woodsdale Drive**<br>**Eureka Springs, AR 72631** | | **01.96%** | |
| **Donald and Julie Alberson**<br>**520 CR 1144**<br>**Eureka Springs, AR 72632** | | **26.25%** | |
| **Drs. Daniel & Jennifer Preucil**<br>**182 Lincoln Street**<br>**Twin Falls, ID 83301** | | **01.96%** | |
| **Elise Roenigk**<br>**P O Box 230**<br>**Eureka Springs, AR 72632** | | **07.85%** | |
| **Fred and Rebecca Halper**<br>**10 Ddogwood Ridge**<br>**Eureka Springs, AR 72632** | | **01.96%** | |
| **Jack Moyer**<br>**294 Holiday Island Drive**<br>**Eureka Springs, AR 72631** | | **27.20%** | |
| **James & Gwen Gresham**<br>**304 Huntington Place**<br>**Harrison, AR 72601** | | **00.24%** | |
| **JP Hammerschmidt Family Trust**<br>**P O Box 999**<br>**Harrison, AR 72602** | | **01.96%** | |
| **Julie Clark**<br>**815 CR 434**<br>**Berryville, AR 72616** | | **05.89%** | |
| **Michael Sullivan**<br>**171 Jerusalem Hill road**<br>**Elmira, NY 14901** | | **01.96%** | |

_____ **1** _____ continuation sheets attached to List of Equity Security Holders

In re  **PFI Hospitality, Inc.** ,      Case No.   **3:12-bk-71888**

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Paul & Kay Moyer Rev Liv Trust**<br>**161 Cromwell Lane**<br>**Crossville, TN 38558** | | **00.49%** | |
| **Robert & Dollye Alberson**<br>**14370 Highland Boulevard**<br>**Bella Vista, AR 72715** | | **01.96%** | |
| **Robert & Katrina Deaton**<br>**120 Summit Drive**<br>**Eureka Springs, AR 72631** | | **01.96%** | |
| **Scott and Sharon Graves**<br>**23 Equennes Drive**<br>**Little Rock, AR 72223** | | **01.96%** | |
| **Ted and Tammy Bullock**<br>**1072 CR 102**<br>**Eureka Springs, AR 72632** | | **01.96%** | |
| **Terry and Yadira Cook**<br>**1330 Iris Cove**<br>**Harrison, AR 72601** | | **01.96%** | |
| **Tom Harrison**<br>**4315 Windswept Lane**<br>**Grapevine, TX 76051** | | **00.71%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 25, 2012**              Signature  **/s/ Jack Moyer**

                                                **Jack Moyer**
                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

## United States Bankruptcy Court
### Western District of Arkansas

In re   **PFI Hospitality, Inc.**                                    Case No.   **3:12-bk-71888**

Debtor(s)                        Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 25, 2012**                        **/s/ Jack Moyer**

**Jack Moyer**/**President**
Signer/Title