5/02/12 11:20AM

# United States Bankruptcy Court
## Western District of Arkansas

In re Case No.
Debtor(s) Chapter 11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, JACK V. MOYER, declare under penalty of perjury that I am the PRESIDENT of PFI HOSPITALITY, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the day of 7th, 2012.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jack Moyer, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jack Moyer, President, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jack Moyer, President, of this Corporation is authorized and directed to employ Stanley Bond, attorney and the law firm of Bond Law Office to represent the corporation in such bankruptcy case."

Date   May 2, 2012                  Signed /s/  _____, President

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy
5/02/12 11:20AM

*Tammy L. Bullock*

TAMMY L. BULLOCK
Carroll County
My Commission Expires
December 20, 2015

Resolution of Board of Directors
of
PFI Hospitality, Inc

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Jack Moyer, President, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Jack Moyer, President, of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jack Moyer, President, of this Corporation is authorized and directed to employ Stanley Bond, attorney and the law firm of Bond Law Office to represent the corporation in such bankruptcy case.

Date May 2, 2012                          Signed _____ President

Date May 2, 2012                          Signed _____

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com Best Case Bankruptcy
[[RTF FILE BEGIN]]] @ZZ_RES_CORP-8@156-1.RTF [[RTF FILE END]]] [Attachment] 156 Proof of Authority to Sign and File Petition/Corpora
[[BK]]Proof of Authority to Sign and File Petition/Corporate Resolution]BK[
[[BFRM]]ZZ_RES_CORP]BF[

TAMMY L. BULLOCK
Carroll County
My Commission Expires
December 20, 2015