IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

| IN RE: | PFI Hospitality, Inc. | Case No. | 12-71888 |
|---|---|---|---|
| | | Chapter 11 | |

*electronically filed 05/30/2012*

**DEBTOR(S)**

### NOTICE OF OPPORTUNITY TO RESPOND TO MOTION FOR ENTRY OF STRICT COMPLIANCE ORDER

Please take notice that the Arkansas Department of Finance & Administration has filed herein a **MOTION FOR STRICT COMPLIANCE ORDER**.

Responses to the Motion, if any must be in writing and filed on or before 28 days from the date of this Notice with the Bankruptcy Clerk, 35 East Mountain Street, Room 316, Fayetteville, Arkansas 72701, with a copy to the attorney for the Arkansas Department of Finance & Administration, If any responses to the Motion are timely filed, a hearing on same will be set by the Court by subsequent notice. If no responses are filed, the Motion may be approved by the Court with not further notice or hearing.

NOTICE DATED this 30th day of May, 2012.

                                                    ARKANSAS DEPARTMENT OF FINANCE
                                                    & ADMINISTRATION
                                                    P. O. Box 1272, Room 2380
                                                    Little Rock, AR 72203-1272
                                                    Tel/Fax: (501) 682-7030/7599

                                                    By: /s/ David B. Kaufman
                                                    David B. Kaufman, ABN 76061
                                                    Attorney for ADF&A

### CERTIFICATE OF SERVICE

On the Notice Date shown above, copies of this Notice of Opportunity to Respond were electronically filed, to the following: (1) U.S. Trustee, 500 South Broadway, Suite 201, Little Rock, AR 72201, and to (2) Stanley V. Bond, attorney for Debtor-in-possession.

                                                    /s/ David B. Kaufman
                                                    David B. Kaufman

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS

| IN RE: | PFI Hospitality, Inc. | Case No. | 12-71888 |
|---|---|---|---|
|  |  | Chapter 11 |  |

**Debtor**

## MOTION OF THE ARKANSAS DF&A
## FOR ENTRY OF A STRICT COMPLIANCE ORDER

Comes now the Arkansas Department of Finance & Administration and for its Motion for the entry of a Strict Compliance Order states:

1. That the Petition herein was filed on May 11, 2012.

2. That the Debtor is a "debtor in possession" within the meaning of Sections 1101(1) and 1107(a), respectively, of the Code.

3. That the Arkansas DF&A is a real party in interest herein, and is charged under state law with the responsibility for the collection, and/or the determination of, any tax liability arising from the Debtor's business operations.

4. That the Debtor is required by Section 1106(a) of the Code to perform the duties of a trustee as set out in, but not limited to, Section 704(8) of the Code, as well as those set out in Rule 2015 of the FRBP, and Title 28 U.S.C. 960.

5. That these duties imposed upon the Debtor by the Code include the filing with the Arkansas DF&A periodic reports and summaries of the Debtor's business operations, including statements of receipts and disbursements, and the timely reporting and full payment of all post-petition taxes due from the Debtor in any capacity.

6. That the Debtor is also required to file with the Arkansas DF&A all delinquent pre-petition tax returns due from the Debtor in any capacity, without which feasibility cannot be determined.

7. That the failure of the Debtor to perform these duties will constitute an abuse of this Court's authority under which the Debtor is conducting business, and will put the Debtor in civil and criminal violation of state and federal law, and will result in a plan which is not confirmable under Section 1129 of the Code, all of which constitutes grounds for dismissal or conversion under Section 1112 of the Code.

8. That subject to its authority under Section 1107(a) of the Code, this Court should place this Debtor under a Strict Compliance Order directing the Debtor to perform strictly and faithfully those duties imposed upon a Debtor In Possession, as set out and referenced above.

**In Re: PFI Hospitality, Inc.**
**USBC No: 12-71888**
**ADF&A Motion For Strict**
**Compliance Order**
**Page 2**

Failure to so comply should entitle the ADF&A to relief in the form of an immediate and *ex parte* order of dismissal which it may seek with no further notice or hearing to the Debtor.

WHEREFORE, for the reasons stated above, the ADF&A moves the Court to grant it the relief sought, as well as all other just and proper relief to which it may be entitled.

            Respectfully submitted,

            ARKANSAS DEPARTMENT OF
            FINANCE& ADMINISTRATION
            P. O. Box 1272, Room 2380
            Little Rock, AR 72203-1272
            Tel/Fax: (501) 682-7030/7599

            By: /s/ David B. Kaufman
            David B. Kaufman, ABN 76061

## CERTIFICATE OF SERVICE

On this 30th day of May, 2012, copies of this Motion were electronically filed, to the following: (1) Office of the US Trustee, 500 South Broadway, Ste. 201, Little Rock, AR 72201; and (2) Stanley V. Bond, attorney for Debtor-in-Possession.

            /s/ David B. Kaufman
            David B. Kaufman