# Notice Recipients

District/Off: 0861–3          User: lori          Date Created: 6/7/2012

Case: 3:12–bk–71888          Form ID: b9f          Total: 65

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          PFI Hospitality, Inc.          520 CR 1144          Eureka Springs, AR 72632

ust          U.S. Trustee (ust)          Office Of U. S. Trustee          200 W Capitol, Ste. 1200          Little Rock, AR 72201

cr          Arkansas Dept. of Finance &Admin. (1272)          Legal Counsel          P.O. Box 1272, Rm 2380          Little Rock, AR 72203

aty          David B Kaufman          Department of Finance          P.O. Box 1272, Room 2380          Little Rock, AR 72203–1272

aty          Jason N. Bramlett          FRIDAY, ELDREDGE &CLARK, LLP          3425 North Futrall Drive, Suite 103          Fayetteville, AR 72703

aty          Seth T. Creed          FRIDAY, ELDREDGE &CLARK, LLP          3425 North Futrall Drive, Suite 103          Fayetteville, AR 72703–4820

aty          Stanley V Bond          Attorney at Law          P.O. Box 1893          Fayetteville, AR 72701–1893

4226420          AEL Financial, LLC          Box 88046          Milwaukee, WI 53288–0046

4226421          All American Refrigeratn, LLC          112 W. Commercial          Harrison, AR 72601

4226422          American Advertising          P O Box 493          Harrison, AR 72601

4226423          American Home Patient          P O Box 676499          Dallas, TX 75267–6499

4226424          American Hotel Register          16458 Collections Center Dr.          Chicago, IL 60693

4226425          Arkansas Capital Corp. Group          200 S. Commerce St.          Suite 400          Little Rock, AR 72201

4234214          Arkansas Department of Finance and Admin.          Legal Counsel Room 2380          P O Box 1272          Little Rock, AR 72203–1272

4226426          Arrow Refregeration          P O Box 843          Harrison, AR 72602–0843

4226427          BCD Travel          6 Concourse Pkwy NE          Atlanta, GA 30328

4226428          Boone County          P O Box 1152          Harrison, AR 72602

4226429          Boone County Tax          P O Box 88046          Milwaukee, WI 53288

4226430          Brodbeck Family Trust          7125 Coyote Crossing Avenue          Springdale, AR 72762

4226433          CATPC          P O Box 940          Harrison, AR 72602–0940

4226431          Carbon's          P O Box 71          Buchanan, MI 49107

4226432          Carpetmaster          P O Box 1739          Harrison, AR 72601

4226434          Choice Hotels International          P O Box 99992          Chicago, IL 60696–7792

4226436          Cornerstone Bank          152 E. Van Buren          Eureka Springs, AR 72632

4226435          Cornerstone Bank          152 East Van Buren          Eureka Springs, AR 72632

4226437          Cox Communications          P O Box 248871          Oklahoma City, OK 73124–8871

4226438          Crescent Hotel          75 Prospect Avenue          Eureka Springs, AR 72632–3099

4232653          David Stebbins          123 West Ridge Street, Apt. D          Harrison, AR 72601

4226439          Dept of Finance and Admin          1020 Goblin Drive, Suite C          Harrison, AR 72601

4226440          Dept of Finance and Admin          P O Box 3861          Little Rock, AR 72203–3861

4226441          Don Burris Rev Liv Trust          77 Woodsdale Drive          Eureka Springs, AR 72631

4226442          Donald J &Julie Albertson          520 CR 1144          Eureka Springs, AR 72632

4226443          Donald J. Alberson          420 CR 1144          Eureka Springs, AR 72632

4226444          Ecolab          PO Box 70343          Chicago, IL 60673

4226445          Entergy          P O Box 8101          Baton Rouge, LA 70891–8101

4232652          Financial Pacific Leasing          PO Box 4568          Federal Way, WA 98063

4226446          Fred and Rebecca Halper          10 Ddogwood Ridge          Eureka Springs, AR 72632

4226447          Great Southern Travel          3424 South National          Miller, MO 65707

4226448          Hammerschmidt Fam Trust          P O Box 9999          Harrison, AR 72602–0999

4226449          Harbor Linen          P O Box 3510          Cherry Hill, NJ 08034

4226450          Harrison Band Boosters          P O Box 5          Harrison, AR 72601

4226451          Harrison Water Department          P O Box 1715          Harrison, AR 72602–1715

4226452          Jack Moyer          294 Holiday Island Drive          Eureka Springs, AR 72631

4226453          Jack V. Moyer          294 Holiday Island drive          Eureka Springs, AR 72631

4226454          Jed and Tammy Bullock          1072 CR 102          Eureka Springs, AR 72632

4226455          Julie Alberson          420 CR 1144          Eureka Springs, AR 72632

4226456          Little Apple          19492 Hwy 62 West          Eureka Springs, AR 72631

4226457          Mastercard          PO Box 30131          Tampa, FL 33630–3131

4226458          Meadors, Adams, Lee          P O Box 3456          Little Rock, AR 72203

4226459          Michael Sullivan          171 Jerusalem Hill road          Elmira, NY 14901

4226460          Miller Hardware Co., Inc.          #2 Necessity Ave          Harrison, AR 72601

4226461          Paul &Kay Moyer Rev Liv Trust          161 Cromwell Lane          Crossville, TN 38558

4226462          Pegasus          8350 No. Central Expressway          Dallas, TX 75206

4226463          Pippin Wholesale          PO Box 730          Harrison, AR 72601

4226464          Rachel Moyer          294 Holiday Island Drive          Eureka Springs, AR 72631

4226465          Reynolds Media, Inc.          400 South Sycamore          Harrison, AR 72601

4226466          Scott and Sharon Grave          23 Equennes Drive          Little Rock, AR 72223

4226468          Security Bankcard Center          PO Box 22116          Tulsa, OK 74121–2116

4226467          Security Bankcard Center          PO Box 6139          Norman, OK 73070

4226469          Six Bridges Bank          200 West Capitol Ave., Ste 400          Little Rock, AR 72201

4226470          Source Gas Arkansas          PO Box 660559          Dallas, TX 75266

4226471          Sysco Foods          PO Box 193410          Little Rock, AR 72219

4226472          Terry and Yadira Cook          1330 Iris Cove          Harrison, AR 72601

4226473          Travel Inc.          4355 River Green Pkwy.          Duluth, GA 30096–2572

4226474          Wiild Travel, Inc.          Corporate Headquarters          Douglassville, PA 19518

TOTAL: 65