```
                            United States Bankruptcy Court
                             Western District of Arkansas
In re:                                                          Case No. 12-71888-btb
PFI Hospitality, Inc.                                           Chapter 11
       Debtor             CERTIFICATE OF NOTICE
District/off: 0861-3          User: lori                 Page 1 of 3                  Date Rcvd: Jun 07, 2012
                              Form ID: b9f               Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2012.
db           +PFI Hospitality, Inc.,    520 CR 1144,    Eureka Springs, AR 72632-9214
aty          +Jason N. Bramlett,    FRIDAY, ELDREDGE & CLARK, LLP,    3425 North Futrall Drive, Suite 103,
               Fayetteville, AR 72703-4820
aty           Seth T. Creed,    FRIDAY, ELDREDGE & CLARK, LLP,    3425 North Futrall Drive, Suite 103,
               Fayetteville, AR  72703-4820
4226420       AEL Financial, LLC,    Box 88046,   Milwaukee, WI 53288-0046
4226421      +All American Refrigeratn, LLC,    112 W. Commercial,    Harrison, AR 72601-2207
4226422      +American Advertising,    P O Box 493,    Harrison, AR 72602-0493
4226423       American Home Patient,    P O Box 676499,    Dallas, TX 75267-6499
4226424      +American Hotel Register,    16458 Collections Center Dr.,    Chicago, IL 60693-0164
4226425      +Arkansas Capital Corp. Group,    200 S. Commerce St.,    Suite 400,    Little Rock, AR 72201-1766
4226426       Arrow Refrigeration,    P O Box 843,    Harrison, AR 72602-0843
4226427      +BCD Travel,    6 Concourse Pkwy NE,    Atlanta, GA 30328-6120
4226428      +Boone County,    P O Box 1152,    Harrison, AR 72602-1152
4226429      +Boone County Tax,    P O Box 88046,    Milwaukee, WI 53288-0001
4226430      +Brodbeck Family Trust,    7125 Coyote Crossing Avenue,    Springdale, AR 72762-0873
4226433       CATPC,    P O Box 940,    Harrison, AR 72602-0940
4226432      +Carpetmaster,    P O Box 1739,    Harrison, AR 72602-1739
4226434       Choice Hotels International,    P O Box 99992,    Chicago, IL 60696-7792
4226436      +Cornerstone Bank,    152 E. Van Buren,    Eureka Springs, AR 72632-8800
4226435      +Cornerstone Bank,    152 East Van Buren,    Eureka Springs, AR 72632-8800
4226438       Crescent Hotel,    75 Prospect Avenue,    Eureka Springs, AR 72632-3099
4232653      +David Stebbins,    123 West Ridge Street, Apt. D,    Harrison, AR 72601-4236
4226439      +Dept of Finance and Admin,    1020 Goblin Drive, Suite C,    Harrison, AR 72601-6714
4226441      +Don Burris Rev Liv Trust,    77 Woodsdale Drive,    Eureka Springs, AR 72631-4631
4226442      +Donald J & Julie Albertson,    520 CR 1144,    Eureka Springs, AR 72632-9214
4226443       Donald J. Alberson,    420 CR 1144,    Eureka Springs, AR 72632
4232652      +Financial Pacific Leasing,    PO Box 4568,    Federal Way, WA 98063-4568
4226446      +Fred and Rebecca Halper,    10 Ddogwood Ridge,    Eureka Springs, AR 72632-9568
4226447       Great Southern Travel,    3424 South National,    Miller, MO 65707
4226448       Hammerschmidt Fam Trust,    P O Box 9999,    Harrison, AR 72602-0999
4226449      +Harbor Linen,    P O Box 3510,    Cherry Hill, NJ 08034-0338
4226450      +Harrison Band Boosters,    P O Box 5,    Harrison, AR 72602-0005
4226451       Harrison Water Department,    P O Box 1715,    Harrison, AR 72602-1715
4226452      +Jack Moyer,    294 Holiday Island Drive,    Eureka Springs, AR 72631-4820
4226453      +Jack V. Moyer,    294 Holiday Island drive,    Eureka Springs, AR 72631-4820
4226454      +Jed and Tammy Bullock,    1072 CR 102,    Eureka Springs, AR 72632-8938
4226455       Julie Alberson,    420 CR 1144,    Eureka Springs, AR 72632
4226456      +Little Apple,    19492 Hwy 62 West,    Eureka Springs, AR 72631-9144
4226457       Mastercard,    PO Box 30131,    Tampa, FL 33630-3131
4226458      +Meadors, Adams, Lee,    P O Box 3456,    Little Rock, AR 72203-3456
4226459      +Michael Sullivan,    171 Jerusalem Hill road,    Elmira, NY 14901-9583
4226460      +Miller Hardware Co., Inc.,    #2 Necessity Ave,    Harrison, AR 72601-4459
4226461      +Paul & Kay Moyer Rev Liv Trust,    161 Cromwell Lane,    Crossville, TN 38558-7146
4226462      +Pegasus,    8350 No. Central Expressway,    Dallas, TX 75206-1613
4226463      +Pippin Wholesale,    PO Box 730,    Harrison, AR 72602-0730
4226464      +Rachel Moyer,    294 Holiday Island Drive,    Eureka Springs, AR 72631-4820
4226465      +Reynolds Media, Inc.,    400 South Sycamore,    Harrison, AR 72601-5293
4226466      +Scott and Sharon Grave,    23 Equennes Drive,    Little Rock, AR 72223-9166
4226469      +Six Bridges Bank,    200 West Capitol Ave., Ste 400,    Little Rock, AR 72201-3605
4226471      +Sysco Foods,    PO Box 193410,    Little Rock, AR 72219-3410
4226472      +Terry and Yadira Cook,    1330 Iris Cove,    Harrison, AR 72601-6580
4226473       Travel Inc.,    4355 River Green Pkwy.,    Duluth, GA 30096-2572
4226474       Wiild Travel, Inc.,    Corporate Headquarters,    Douglassville, PA 19518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           EDI: ARKDEPREV.COM Jun 07 2012 21:48:00      David B Kaufman,    Department of Finance,
               P.O. Box 1272, Room 2380,    Little Rock, AR  72203-1272
aty           E-mail/Text: attybond@me.com Jun 07 2012 23:30:10      Stanley V Bond,    Attorney at Law,
               P.O. Box 1893,   Fayetteville, AR  72701-1893
ust          +E-mail/Text: USTPRegion13.LR.ECF@usdoj.gov Jun 08 2012 00:22:28      U.S. Trustee (ust),
               Office Of U. S. Trustee,    200 W Capitol, Ste. 1200,    Little Rock, AR 72201-3618
cr           +EDI: ARKDEPREV.COM Jun 07 2012 21:48:00      Arkansas Dept. of Finance & Admin. (1272),
               Legal Counsel,   P.O. Box 1272, Rm 2380,    Little Rock, AR 72203-1272
4234214       EDI: ARKDEPREV.COM Jun 07 2012 21:48:00      Arkansas Department of Finance and Admin.,
               Legal Counsel Room 2380,    P O Box 1272,    Little Rock, AR 72203-1272
4226431      +E-mail/Text: jhall@goldenmalted.com Jun 08 2012 04:13:23      Carbon’s,    P O Box 71,
               Buchanan, MI 49107-0071
4226437       E-mail/Text: okbankruptcies@cox.com Jun 08 2012 03:37:57      Cox Communications,    P O Box 248871,
               Oklahoma City, OK 73124-8871
4226440       EDI: ARKDEPREV.COM Jun 07 2012 21:48:00      Dept of Finance and Admin,    P O Box 3861,
               Little Rock, AR 72203-3861
4226444      +E-mail/Text: bankruptcynotices@ecolab.com Jun 08 2012 04:04:50      Ecolab,    PO Box 70343,
               Chicago, IL 60673-0343
```

```
District/off: 0861-3           User: lori                  Page 2 of 3                  Date Rcvd: Jun 07, 2012
                               Form ID: b9f                Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4226445        E-mail/Text: credit7@entergy.com Jun 08 2012 00:22:36     Entergy,   P O Box 8101,
                Baton Rouge, LA 70891-8101
4226468        E-mail/Text: bankruptcy@arvest.com Jun 08 2012 03:00:49     Security Bankcard Center,
                PO Box 22116,   Tulsa, OK 74121-2116
4226467       +E-mail/Text: bankruptcy@arvest.com Jun 08 2012 03:00:49     Security Bankcard Center,
                PO Box 6139,   Norman, OK 73070-6139
4226470       +E-mail/Text: bankruptcy@sourcegas.com Jun 08 2012 04:07:26     Source Gas Arkansas,
                PO Box 660559,   Dallas, TX 75266-0559
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 09, 2012**                    Signature:     *Joseph Speetjens*

```
District/off: 0861-3           User: lori                 Page 3 of 3                   Date Rcvd: Jun 07, 2012
                               Form ID: b9f               Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2012 at the address(es) listed below:

        David B Kaufman   on behalf of Creditor   Arkansas Dept. of Finance & Admin. (1272)
         david.kaufman@dfa.arkansas.gov,   denice.taylor@dfa.arkansas.gov
        Jason N. Bramlett   on behalf of Creditor   Cornerstone Bank jbramlett@fridayfirm.com,
         screed@fridayfirm.com
        Seth T. Creed   on behalf of Creditor   Cornerstone Bank screed@fridayfirm.com,
         bgertsch@fridayfirm.com
        Stanley V Bond   on behalf of Debtor   PFI Hospitality, Inc. attybond@me.com,
         bfields.attybond@me.com;mcowan.attybond@me.com;ddouglas.attybond@me.com;attybond.cm.ecf@gmail.com
         ;kjohnson.attybond@me.com
        U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
         Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
         j.gov;eliane.m.archambeault@usdoj.gov

                                                                                              TOTAL: 5

B9F (Official Form 9F) (Chapter 11 Corporation/Partnership Case) (12/11)　　　　　　　　　　　　Case Number **3:12−bk−71888**

UNITED STATES BANKRUPTCY COURT Western District of Arkansas

# Notice of
# Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 5/11/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
PFI Hospitality, Inc.
dba The 1929 Hotel Seville, dba Mac Development Corp.
520 CR 1144
Eureka Springs, AR 72632

| Case Number:<br>3:12−bk−71888 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>68−0515583 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Stanley V Bond<br>Attorney at Law<br>P.O. Box 1893<br>Fayetteville, AR 72701−1893<br>Telephone number:  (479) 444−0255 | |

## Meeting of Creditors

Date:  **July 12, 2012**　　　　　　　　　　　　　　　　　　Time:  **12:00 PM**
Location:  **Federal Building, 402 N. Walnut, Harrison, AR 72601**

## Deadline to File a Proof of Claim

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court<br>35 E. Mountain St., Ste. 316<br>Fayetteville, AR 72701<br>Telephone number: | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jean Rolfs |
|---|---|
| Hours Open:  Monday − Friday 9:00 AM − 5:00 PM | Date:  6/7/12 |

## EXPLANATIONS <span style="float:right">B9F (Official Form 9F) (12/11)</span>

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices