UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

3:12-BK-71888
CHAPTER 11

IN RE: PFI HOSPITALITY, INC. DEBTOR-IN-POSSESSION

### APPLICATION FOR ORDER FOR EMPLOYMENT OF ACCOUNTANT &

### NOTICE OF OPPORTUNITY TO OBJECT

COMES NOW THE DEBTOR, and for its application for an order approving the employment of accountant, state:

1. That the Debtor filed its voluntary Chapter 11 petition on 11th May 2012 and it continues in possession of estate property and the operation of its business.

2. That the Debtor desires to consult with Stone Financial and Tax Center, PLLC ("Stone") an S corporation, for them to provide accounting services, tax preparation and consultation, and preparation of monthly operating reports for the Debtor and for them to serve as an expert witness at the confirmation hearing if necessary.

3. That the Debtor desires to consult with Stone because of their experience and expertise in tax matters, its history of service to the Debtor, and for its expertise in hotel and hospitality bookkeeping and accounting.

4. That the Debtor will pay Stone pursuant to an itemization of their services and upon further application and notice with the Court.

5. That the hourly fees for all work performed in the case are $40.00 for bookkeeping time, $75.00 for accounting and consulting time, $100.00 for audit and tax time, and $100.00 for accountants' time. Stone has received a retainer fee of $5,000.

6. That Stone has no conflict of interest with the Debtors, any of their creditors or other parties in interest in this proceeding, or the office of the United States Trustee or the Unites States Attorney.

WHEREFORE, the Debtor prays that this Court enter an order authorizing the employment of "Stone" effective as of the date the commencement of the case, and for all other relief to which it may prove itself entitled.

PFI HOSPITALITY, INC., DEBTOR-IN-POSSESSION

### NOTICE OF OPPORTUNITY TO OBJECT

Notice is hereby given that the captioned Debtor in Possession has filed on the 14th June 2012 the foregoing Application for Approval of Employment of Accountants.

Objections to the Application must be filed within twenty-one (21) days of the date of this notice. If objections are received in the time allowed, a hearing will be set by subsequent notice. If no objections are received in the time allowed, the court may approve the Application without further notice or hearing.

Objections may be filed with the Clerk, United States Bankruptcy Court, 35 E. Mountain Street, Room 316, Fayetteville AR 72701. A copy of any objection must also be served on the attorney for the debtor whose address appears below.

**THIS NOTICE IS DATED: 14TH JUNE 2012**

**BOND LAW OFFICE**

By: /s/ Stanley V Bond
Stanley V Bond  93034
PO Box 1893
Fayetteville, AR  72702-1893
(V) 479.444.0255
(F) 479.444.7141
E-mail: attybond@me.com

**CERTIFICATE OF SERVICE**

I, Stanley V. Bond, do hereby certify that a true and correct copy of the above document was served on all parties required by the Federal Rules of Bankruptcy Procedure:

US Trustee            Kerry.G.Cone@usdoj.gov

*All creditors per matrix appearing in ECF on the date below written.*

/s/Stanley V. Bond                    Date:    06-14-2012