UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

3:12-BK-7188
CHAPTER 11

IN RE:    PFI HOSPITALITY, INC.,    DEBTOR-IN-POSSESSION

AFFIDAVIT OF DISINTERESTEDNESS

STATE OF ARKANSAS
COUNTY OF BOONE

I, Scott Stone, do swear or affirm:

1.  That my firm Stone Financial and Tax Center, PLLC maintains its offices at 400 North Main Street, Harrison, AR 72601. My firm provides tax, audit, accounting and bookkeeping services to PFI Hospitality, Inc.

2.  That neither my firm nor I have any connection with any creditors, or any other party in interest or their respective attorneys or accountants, or the office of the United States Trustee or the Unites States Attorney.

4.  That neither I nor my firm holds or represents any interest adverse to the Debtors or the estate in the matters upon which we are to be engaged.

5.  That our hourly fees for work performed in the case are as follows: $100 for professional services; $75 for paraprofessional services; and $40 for clerical services. Costs are billed separately from the hourly rates. Our client retainer fee is $5,000 and we have received that retainer.

I declare under penalty of perjury that the information set forth above in this Affidavit of Disinterestedness is true and correct.

STONE FINANCIAL AND TAX CENTER, PLLC

BY:    /s/ SCOTT STONE
       AUTHORIZED REPRESENTATIVE

DATE:  05-21-2011