United States Bankruptcy Court
Western District of Arkansas

In re:   Case No. 12-71888-btb
PFI Hospitality, Inc.   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0861-3     User:     Page 1 of 2     Date Rcvd: Jul 18, 2012
                   Form ID: nhrgct    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2012.
db        +PFI Hospitality, Inc.,    520 CR 1144,    Eureka Springs, AR 72632-9214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr        +E-mail/Text: dena.wood@dfa.arkansas.gov Jul 18 2012 21:49:58
            Arkansas Dept. of Finance & Admin. (1272),    Legal Counsel,    P.O. Box 1272, Rm 2380,
            Little Rock, AR 72203-1272
cr        +E-mail/Text: pdeling@sba.gov Jul 18 2012 21:52:28     U.S. Small Business Administration,
            2120 Riverfront Drive,    Suite 100,    Little Rock, AR 72202-1794
                                                                                                                                 TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2012**                             **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0861-3          User:                   Page 2 of 2                  Date Rcvd: Jul 18, 2012
                              Form ID: nhrgct         Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2012 at the address(es) listed below:
          David B Kaufman    on behalf of Creditor   Arkansas Dept. of Finance & Admin. (1272)
           david.kaufman@dfa.arkansas.gov, denice.taylor@dfa.arkansas.gov
          Glenn Edward Borkowski    on behalf of Creditor   U.S. Small Business Administration
           glenn.borkowski@kutakrock.com, michelle.stewart@kutakrock.com
          Jason N. Bramlett    on behalf of Creditor   Cornerstone Bank jbramlett@fridayfirm.com,
           screed@fridayfirm.com
          Seth T. Creed    on behalf of Creditor   Cornerstone Bank screed@fridayfirm.com,
           bgertsch@fridayfirm.com
          Stanley V Bond    on behalf of Debtor   PFI Hospitality, Inc. attybond@me.com,
           bfields.attybond@me.com;mcowan.attybond@me.com;ddouglas.attybond@me.com;attybond.cm.ecf@gmail.com
           ;kjohnson.attybond@me.com
          U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
           Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
           j.gov;eliane.m.archambeault@usdoj.gov
                                                                                                   TOTAL: 6

Form nhrgccm

## UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

---

In Re:     PFI Hospitality, Inc.
            Debtor

Case No.: 3:12−bk−71888
Chapter: 11
Judge: Ben T Barry

---

PLEASE TAKE NOTICE that a hearing will be held before Judge Ben T Barry at

Federal Building, 402 N. Walnut, Harrison, AR 72601

on 11/7/12 at 10:00 AM

to consider and act upon the following:

*8* − Objection to Motion to Use Cash Collateral of Cornerstone Bank (RE: related document(s)5 Motion to Use Cash Collateral with Notice of Opportunity to Object and Certificate of Service Filed by Stanley V Bond on behalf of PFI Hospitality, Inc. (Attachments: # (1) Proposed Order) filed by Debtor PFI Hospitality, Inc.) Filed by Seth T. Creed on behalf of Creditor Cornerstone Bank (Creed, Seth)


Dated: 7/18/12

                                              Jean Rolfs, Clerk
                                              By:
                                              Angie R. Squires
                                              Deputy Clerk