UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

3:12-BK-7188
CHAPTER 11

IN RE:   PFI HOSPITALITY, INC.,   DEBTOR-IN-POSSESSION

MOTION TO SET ASIDE ORDER TO SHOW CAUSE

COMES NOW Stanley V Bond and for his motion states:

1.   On 13th May 2012 the Debtor filed its Application for Order for Employment of Attorneys [Document 3]; its Motion for Order Establishing Claims Bar Date [Document 4]; and on 14th June 2012 its Application for Order for Employment of Account [Document 21]; and on 26th June 2012 its Application for Order For Employment of Real Estate Agent [Document 25]. Thereafter, an Order to Show Cause was entered by the court on 28th September 2012 for failure to submit timely the orders granting same.

2.   The movant has submitted all orders identified in the Order to Show Cause [Document 45]. The Movant apologizes to the court for this oversight of timely submitting the required statement and for cluttering the docket with supererogatory matters, and, worse, for missing the hearing on the Order to Show Cause itself. It's not been a good week.

WHEREFORE, Stanley V Bond prays and respectfully requests that the Order to Show Cause entered 28th September 2012 be set aside, and for all other just and proper relief.

By:   /s/ Stanley V Bond
Stanley V Bond        93034
Attorney at Law
PO Box 1893
Fayetteville, AR  72702-1893
(V)479.444.0255
(F)479.444.7141
E-mail: attybond@me.com