## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

IN RE:  **PFI HOSPITALITY, INC., Debtor**                    No. 3:12-bk-71888
                                                            CHAPTER 11

### ORDER STRIKING DOCUMENTS

On May 13, 2012, the debtor's attorney, Stanley V. Bond, filed an application to employ attorney [3], and a motion to set last day to file proofs of claim [4].  On June 14, 2012, Mr. Bond filed an application to employ accountants [21].  On June 26, Mr. Bond filed an application to employ real estate agent [25].  On September 4, 2012, the Clerk of the Court issued an order to submit order [OSO] for each of the above-referenced matters [41], [42], [43], and [44].  Mr. Bond did not submit proposed orders within the time specified in the OSOs and on September 28, 2012, the Court issued an Order to Show Cause [OSC] why the Court should not strike documents [3], [4], [21], and [25] from the Court's docket.  On November 7, 2012, the Court held the OSC hearing.  Mr. Bond did not appear at the hearing, nor did he contact the Court prior to the hearing.  Accordingly, the Court STRIKES documents [3], [4], [21], and [25] from the docket in the above referenced case.

Ben Barry
United States Bankruptcy Judge
Dated:   11/08/2012

cc:      Stanley V. Bond, attorney for debtor