## Notice Recipients

District/Off: 0861−3 | User: jessica | Date Created: 11/8/2012
Case: 3:12−bk−71888 | Form ID: pdfwotrm | Total: 1

**Recipients of Notice of Electronic Filing:**
aty      Stanley V Bond      attybond@me.com

TOTAL: 1