UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

3:12-BK-7188
CHAPTER 11

IN RE:        PFI HOSPITALITY, INC.,    DEBTOR-IN-POSSESSION

### DEBTOR'S MOTION TO DISMISS

COMES NOW THE DEBTOR and for its motion states:

1. This court has jurisdiction of this core-proceeding matter pursuant to 28 USC §§157 and 1334 and 11 USC §§105 and 1112.

2. The Debtor commenced its voluntary petition on 12th May 2012. The case has not been dismissed or converted since that time and the debtor remains as Debtor-in-Possession.

3. The Debtor has ceased all operations, is generating no income, and no longer has any employees. Furthermore, the Debtor's chief asset, the real estate comprising the hotel, was sold by order of this court on 6th November 2012; therefore, the Debtor believes it is in the best interests of the Debtor, to creditors and the estate that the case be dismissed.

WHEREFORE, the Debtor prays that its voluntary chapter 11 case be dismissed and for all other just and proper relief.

PFI HOSPITALITY, INC., DEBTOR-IN-POSSESSION

### NOTICE OF OPPORTUNITY TO OBJECT

Notice is hereby given that the Debtor PFI Hospitality, Inc. has filed the foregoing Motion to Dismiss.

Objections to the motion may be filed within twenty-one (21) days of the date of this notice given below. If objections are received in the 21-day period such objections will be set for hearing by subsequent notice. If no objections are received in the time allowed, the court may enter an order granting the requested relief without further notice or hearing.

Any objection must be in writing and filed with the Clerk, United States Bankruptcy Court, 35 E Mountain St., Room 316, Fayetteville, AR 72701. A copy must also be served on the attorneys named below.

**THIS NOTICE IS DATED:    10TH DECEMBER 2012**

BOND LAW OFFICE

By: /s/ Stanley V Bond
Stanley V Bond 93034
Erin H Curry 2012-157
Attorneys at Law
PO Box 1893
Fayetteville, AR 72702-1893
(V)479.444.0255
(F)479.444.7141
E-mail: attybond@me.com

CERTIFICATE OF SERVICE

I, Stanley V Bond, do hereby certify that a copy of the foregoing document has been served by first-class mail and/or fax and/or e-mail on the following persons or entities pursuant to the Federal Rules of Bankruptcy Procedure:

Glenn Edward Borkowski on behalf of Creditor U.S. Small Business Administration
glenn.borkowski@kutakrock.com, michelle.stewart@kutakrock.com

Jason N. Bramlett on behalf of Creditor Cornerstone Bank
jbramlett@fridayfirm.com, screed@fridayfirm.com

Seth T. Creed on behalf of Creditor Cornerstone Bank
screed@fridayfirm.com, bgertsch@fridayfirm.com

David B Kaufman on behalf of Creditor Arkansas Dept. of Finance & Admin. (1272)
david.kaufman@dfa.arkansas.gov, denice.taylor@dfa.arkansas.gov

U.S. Trustee (ust)
USTPRegion13.LR.ECF@usdoj.gov,
Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;eliane.m.archambeault@usdoj.gov

Boone County Tax Collector
c/o Lavonne McCullough
P.O. Box 1152
Harrison, AR 72602

Jerry Jackson Realty, Inc.
1309 North Main Street
Harrison, AR 72601

Stone Financial and Tax Center, PLLC
400 North Main Street
Harrison, AR 72601

*All other creditors and parties in interest per matrix appearing in ECF on 12-10-2012*

/s/ Stanley V Bond                                                  Date:  12-10-2012