Jason N. Bramlett (ABA #2002140)
jbramlett@fridayfirm.com
Seth T. Creed (ABA #2010176)
screed@fridayfirm.com
**Friday, Eldredge & Clark, LLP**
3425 North Futrall Drive
Fayetteville, AR  72703
Telephone:  (479) 695-1102
Facsimile:   (501) 244-5372

ATTORNEYS FOR CORNERSTONE BANK

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## (HARRISON DIVISION)

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| PFI HOSPITALITY, INC. | § | |
| | § | Case No. 3:12-bk-71888 |
| Debtor. | § | |

## JOINT MOTION FOR CONTINUANCE

COMES NOW Cornerstone Bank ("**Cornerstone**") and PFI Hospitality, Inc. (the "**Debtor**" and collectively with Cornerstone, the "**Parties**") and for their Joint Motion for Continuance, state as follows:

1.      On November 21, 2012, Cornerstone filed that certain Motion for Award of Sanctions Against Don Alberson for Willful Violation of the Automatic Stay [Docket No. 65] (the "**Motion**").

2.      Thereafter, this Court set the Motion for a hearing on January 4, 2013, at 10:00 a.m. at the Federal Building located in Harrison, Arkansas (the "**Hearing**").

3.      The Parties respectfully request that the Hearing be continued to a Fayetteville divisional day on January 23, 2013 or February 13, 2013, for efficiency and costs of the Parties

**JOINT MOTION FOR CONTINUANCE**                                     Page 1 of 6

as both counsel are located in Fayetteville and due to the unavailability of the President of Cornerstone Bank to attend the Hearing as originally scheduled.

WHEREFORE, Cornerstone Bank respectfully requests that this Court deny the relief sought by the Debtor in the Motion and grant to Cornerstone any further relief which may be just and equitable.

Dated:  January 2, 2013

   Fayetteville, Arkansas.

Respectfully submitted,

**FRIDAY, ELDREDGE & CLARK, LLP**

*/s/ Jason N. Bramlett*
Jason N. Bramlett (ABA #2002140)
jbramlett@fec.net
Seth T. Creed (ABA #2010176)
screed@fridayfirm.com
**Friday, Eldredge & Clark, LLP**
3425 North Futrall Drive
Fayetteville, AR  72703
Telephone:  (479) 695-1102
Facsimile:   (501) 244-5372

ATTORNEYS FOR CORNERSTONE BANK

**BOND LAW OFFICE**

*/s/ Stanley V. Bond*
Stanley V. Bond (ABA #93034)
attybond@me.com
P.O. Box 1893
Fayetteville, AR  72702
Telephone:  (479) 444-0255
Facsimile:   (479) 444-7141

ATTORNEYS FOR DEBTOR

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 3rd day of January, 2013, a true and correct copy of the foregoing was served via electronic mail to those identified on the CM/ECF system for this case and by regular mail upon counsel for the Debtor, Stanley V. Bond, Attorney at Law, P.O. Box 1893, Fayetteville, AR 72701-1893; the U.S. Trustee, Office of the U.S. Trustee, 200 W. Capitol, Suite 1200, Little Rock, Arkansas 72201; and those identified on the attached service list.

*/s/ Jason N. Bramlett*
Jason N. Bramlett

## SERVICE LIST

AEL Financial, LLC
Box 88046
Milwaukee, WI 53288-0046

All American Refrigerant, LLC
112 W. Commercial
Harrison, AR 72601

American Advertising
PO Box 493
Harrison, AR 72601

American Home Patient
PO Box 676499
Dallas, TX 75267-6499

American Hotel Register
16458 Collections Center Dr.
Chicago, IL 60693

Arkansas Capital Corp. Group
200 S. Commerce St.
Suite 400
Little Rock, AR 72201

Arrow Refrigeration
PO Box 843
Harrison, AR 72602-0843

BCD Travel
6 Concourse Pkwy NE
Atlanta, GA 30328

Boone County
P O Box 1152
Harrison, AR 72602

Boone County Tax
P O Box 88046
Milwaukee, WI 53288

Brodbeck Family Trust
7125 Coyote Crossing Avenue
Springdale, AR 72762

Carbon' s
P O Box 71
Buchanan, MI 49107

Carpetmaster
P O Box 1739
Harrison, AR 72601

CAT PC
P O Box 940
Harrison, AR 72602-0940

Choice Hotels International
PO Box 99992
Chicago, IL 60696-7792

Cox Communications
PO Box 248871
Oklahoma City, OK 73124-8871

Crescent Hotel
75 Prospect Avenue
Eureka Springs, AR 72632-3099

Dept of Finance and Admin
1020 Goblin Drive, Suite C
Harrison, AR 72601

Dept of Finance and Admin
PO Box 3861
Little Rock, AR 72203-3861

Don Burris Rev Liv Trust
77 Woodsdale Drive
Eureka Springs, AR 72631

Donald J & Julie Albertson
520 CR1144
Eureka Springs, AR 72632

**JOINT MOTION FOR CONTINUANCE**                                    Page 4 of 6

Donald J. Alberson
420 CR1144
Eureka Springs, AR 72632

Ecolab
P O Box 70343
Chicago, IL 60673

Entergy
PO Box 8101
Baton Rouge, LA 70891-8101

Fred and Rebecca Halper
10 Dogwood Ridge
Eureka Springs, AR 72632

Great Southern Travel
3424 South National
Miller, MO 65707

Hammerschmidt Fam Trust
PO Box 9999
Harrison, AR 72602-0999

Harbor Linen
PO Box 3510
Cherry Hill, NJ 08034

Harrison Band Boosters
PO Box 5
Harrison, AR 72601

Harrison Water Department
P O Box 1715
Harrison, AR 72602-1715

Jack Moyer
294 Holiday Island Drive
Eureka Springs, AR 72631

Jack V. Moyer
294 Holiday Island Drive
Eureka Springs, AR 72631

Jed and Tammy Bullock
1072 CR102
Eureka Springs, AR 72632

Julie Alberson
420 CR1144
Eureka Springs, AR 72632

Little Apple
19492 Hwy 62 West
Eureka Springs, AR 72631

Mastercard
PO Box 30131
Tampa, FL 33630-3131

Meadors, Adams, Lee
PO Box 3456
Little Rock, AR 72203

Michael Sullivan
171 Jerusalem Hill Road
Elmira, NY 14901

Miller Hardware Co., Inc.
 #2 Necessity Ave
Harrison, AR 72601

Paul & Kay Moyer Rev Liv Trust
161 Cromwell Lane
Crossville, TN 38558

Pegasus
8350 No. Central Expressway
Dallas, TX 75206

Pippin Wholesale
PO Box 730
Harrison, AR 72601

Rachel Moyer
294 Holiday Island Drive
Eureka Springs, AR 72631

Reynolds Media, Inc.
400 South Sycamore
Harrison, AR 72601

Scott and Sharon Grave
23 Equennes Drive
Little Rock, AR 72223

Security Bankcard Center
PO Box 6139
Norman, OK 73070

Security Bankcard Center
PO Box 22116
Tulsa, OK 74121-2116

Six Bridges Bank
200 West Capitol Ave., Ste 400
Little Rock, AR 72201

Source Gas Arkansas
PO Box 660559
Dallas, TX 75266

Sysco Foods
PO Box 193410
Little Rock, AR 72219

Terry and Yadira Cook
1330 Iris Cove
Harrison, AR 72601

Travel Inc.
4355 River Green Pkwy.
Duluth, GA 30096-2572

Wild Travel, Inc.
Corporate Headquarters
Douglassville, PA 19518

**JOINT MOTION FOR CONTINUANCE**                                                  Page 6 of 6