Form nhrg

# UNITED STATES BANKRUPTCY COURT

Western District of Arkansas

In Re: PFI Hospitality, Inc.
Debtor

Case No.: 3:12–bk–71888
Chapter: 11
Judge: Ben T Barry

PLEASE TAKE NOTICE that a hearing will be held before Judge Ben T Barry at

Federal Building, 402 N. Walnut, Harrison, AR 72601

on 3/20/13 at 10:00 AM

to consider and act upon the following:

*72* – Objection to Debtor's Motion to Dismiss (RE: related document(s)71 Motion to Dismiss Case with Notice of Opportuntiy to Object and Certificate of Service to All Creditors Filed by Stanley V Bond on behalf of PFI Hospitality, Inc. filed by Debtor PFI Hospitality, Inc.) Filed by Jason N. Bramlett on behalf of Creditor Cornerstone Bank (Bramlett, Jason)

*73* – Joint Motion to Continue Hearing Filed by Stanley V Bond, Jason N. Bramlett on behalf of PFI Hospitality, Inc. (Bramlett, Jason)

Dated: 1/3/13

Jean Rolfs, Clerk
By:
Angie R. Squires
Deputy Clerk