# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−3 | User: angie | Date Created: 1/3/2013 |
| Case: 3:12−bk−71888 | Form ID: nhrg | Total: 78 |

**Recipients of Notice of Electronic Filing:**
```
ust     U.S. Trustee (ust)          USTPRegion13.LR.ECF@usdoj.gov
aty     David B Kaufman             david.kaufman@dfa.arkansas.gov
aty     Glenn Edward Borkowski      glenn.borkowski@kutakrock.com
aty     Jason N. Bramlett           jbramlett@fridayfirm.com
aty     Seth T. Creed               screed@fridayfirm.com
aty     Stanley V Bond              attybond@me.com
```
                                                                                TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
```
db        PFI Hospitality, Inc.    520 CR 1144    Eureka Springs, AR 72632
cr        Arkansas Dept. of Finance &Admin. (1272)    Legal Counsel    P.O. Box 1272, Rm 2380    Little Rock, AR 72203
cr        U.S. Small Business Administration    2120 Riverfront Drive    Suite 100    Little Rock, AR 72202
cr        Boone County Tax Collector    c/o Lavonne McCullough    P.O. Box 1152    Harrison, AR 72602
acc       Stone Financial and Tax Center, PLLC    400 North Main Street    Harrison, AR 72601
r         Jerry Jackson Realty, Inc.    1309 North Main Street    Harrison, AR 72601
smg       Internal Revenue Service    55 N. Robinson    Oklahoma City, OK 73102
4226420   AEL Financial, LLC    Box 88046    Milwaukee, WI 53288−0046
4226421   All American Refrigeratn, LLC    112 W. Commercial    Harrison, AR 72601
4226422   American Advertising    P O Box 493    Harrison, AR 72601
4226423   American Home Patient    P O Box 676499    Dallas, TX 75267−6499
4226424   American Hotel Register    16458 Collections Center Dr.    Chicago, IL 60693
4226425   Arkansas Capital Corp. Group    200 S. Commerce St.    Suite 400    Little Rock, AR 72201
4234214   Arkansas Department of Finance and Admin.    Legal Counsel Room 2380    P O Box 1272    Little Rock, AR 72203−1272
4226426   Arrow Refregeration    P O Box 843    Harrison, AR 72602−0843
4226427   BCD Travel    6 Concourse Pkwy NE    Atlanta, GA 30328
4226429   Boone County Tax    P O Box 88046    Milwaukee, WI 53288
4226428   Boone County Tax Collector    P O Box 1152    Harrison, AR 72602
4226430   Brodbeck Family Trust    7125 Coyote Crossing Avenue    Springdale, AR 72762
4226433   CATPC    P O Box 940    Harrison, AR 72602−0940
4226431   Carbon's    P O Box 71    Buchanan, MI 49107
4226432   Carpetmaster    P O Box 1739    Harrison, AR 72601
4226434   Choice Hotels International    P O Box 99992    Chicago, IL 60696−7792
4266007   Choice Hotels International Inc    Baker Donelson Bearman Caldwell Berkowit    Attn: Bill D Bensinger    420 20th Street North Suite 1400    Birmingham AL 35203
4226436   Cornerstone Bank    152 E. Van Buren    Eureka Springs, AR 72632
4226435   Cornerstone Bank    152 East Van Buren    Eureka Springs, AR 72632
4226437   Cox Communications    P O Box 248871    Oklahoma City, OK 73124−8871
4226438   Crescent Hotel    75 Prospect Avenue    Eureka Springs, AR 72632−3099
4232653   David Stebbins    123 West Ridge Street, Apt. D    Harrison, AR 72601
4226439   Dept of Finance and Admin    1020 Goblin Drive, Suite C    Harrison, AR 72601
4226440   Dept of Finance and Admin    P O Box 3861    Little Rock, AR 72203−3861
4226441   Don Burris Rev Liv Trust    77 Woodsdale Drive    Eureka Springs, AR 72631
4226442   Donald J &Julie Albertson    257 CR 1144    Eureka Springs, AR 72632
4226443   Donald J. Alberson    420 CR 1144    Eureka Springs, AR 72632
4226444   Ecolab    PO Box 70343    Chicago, IL 60673
4226445   Entergy    P O Box 8101    Baton Rouge, LA 70891−8101
4306724   Financial Pacific Leasing    3455 S. 344th Way, Suite 300    Federal Way, WA 98001
4232652   Financial Pacific Leasing    PO Box 4568    Federal Way, WA 98063
4226446   Fred and Rebecca Halper    10 Ddogwood Ridge    Eureka Springs, AR 72632
4226447   Great Southern Travel    3424 South National    Miller, MO 65707
4226448   Hammerschmidt Fam Trust    P O Box 9999    Harrison, AR 72602−0999
4226449   Harbor Linen    P O Box 3510    Cherry Hill, NJ 08034
4226450   Harrison Band Boosters    P O Box 5    Harrison, AR 72601
4226451   Harrison Water Department    P O Box 1715    Harrison, AR 72602−1715
4226452   Jack Moyer    294 Holiday Island Drive    Eureka Springs, AR 72631
4226453   Jack V. &Rachael Moyer    294 Holiday Island drive    Holiday Island, AR 72631
4226454   Jed and Tammy Bullock    1072 CR 102    Eureka Springs, AR 72632
4255989   John Paul Hammerschmidt    p.O. Box 999    Harrison, AR 72602
4226455   Julie Alberson    420 CR 1144    Eureka Springs, AR 72632
4226456   Little Apple    19492 Hwy 62 West    Eureka Springs, AR 72631
4226457   Mastercard    PO Box 30131    Tampa, FL 33630−3131
4226458   Meadors, Adams, Lee    P O Box 3456    Little Rock, AR 72203
4226459   Michael Sullivan    171 Jerusalem Hill road    Elmira, NY 14901
4226460   Miller Hardware Co., Inc.    #2 Necessity Ave    Harrison, AR 72601
4226461   Paul &Kay Moyer Rev Liv Trust    161 Cromwell Lane    Crossville, TN 38558
```

| | | | |
|---|---|---|---|
| 4226462 | Pegasus | 8350 No. Central Expressway | Dallas, TX 75206 |
| 4226463 | Pippin Wholesale Company | PO Box 730 | Harrison, AR 72602 |
| 4226464 | Rachel Moyer | 294 Holiday Island Drive | Eureka Springs, AR 72631 |
| 4226465 | Reynolds Media, Inc. | 400 South Sycamore | Harrison, AR 72601 |
| 4255993 | Robert D. Deaton | 120 Summit Drive | Holiday Island, AR 72631 |
| 4226466 | Scott and Sharon Grave | 23 Equennes Drive | Little Rock, AR 72223 |
| 4226468 | Security Bankcard Center | PO Box 22116 | Tulsa, OK 74121–2116 |
| 4226467 | Security Bankcard Center | PO Box 6139 | Norman, OK 73070 |
| 4226469 | Six Bridges Bank | 200 West Capitol Ave., Ste 400 | Little Rock, AR 72201 |
| 4226470 | Source Gas Arkansas | PO Box 660559 | Dallas, TX 75266 |
| 4226471 | Sysco Foods | PO Box 193410 | Little Rock, AR 72219 |
| 4261393 | Terry W. Cook | 1330 Iris Cove | Harrison, AR 72601 |
| 4226472 | Terry and Yadira Cook | 1330 Iris Cove | Harrison, AR 72601 |
| 4257887 | The Brodbeck Family Trust | c/o John Brodbeck | 7125 Coyote Crossing Ave   Springdale, AR 72762 |
| 4226473 | Travel Inc. | 4355 River Green Pkwy. | Duluth, GA 30096–2572 |
| 4318480 | U.S. SMALL BUSINESS ADMINISTRATION | LITTLE ROCK SERVICING CENTER | 2120 RIVERFRONT DRIVE, SUITE 100   LITTLE ROCK, ARKANSAS 72202 |
| 4226474 | Wiild Travel, Inc. | Corporate Headquarters | Douglassville, PA 19518 |

TOTAL: 72