IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
(HARRISON DIVISION)

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| PFI HOSPITALITY, INC. | § | |
| | § | Case No. 3:12-bk-71888 |
| Debtor. | § | |

ORDER ON JOINT MOTION FOR EXAMINATION OF
DEFENDANT DONALD ALBERSON UNDER FEDERAL RULE
OF BANKRUPTCY PROCEDURE 2004

On this day, came before the Court the Joint Motion for Examination of Defendant Donald Alberson Under Federal Rule of Bankruptcy Procedure 2004 (the "Motion"). Based upon a review of the pleadings on file and the representation of counsel, the Court makes the following findings:

1) The Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 157, and this matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b).

2) Good cause has been shown to exist for granting the relief sought in the Motion. Accordingly, it is hereby

ORDERED that the Motion is hereby granted; and it is further

ORDERED that the Defendant Donald Alberson, with knowledge of the matters set forth in Fed. R. Bankr. P. 2004; is hereby ordered and directed to appear, attend, and testify at the same on **Tuesday, January 29, 2013, at 10:00 a.m.** at Bond Law Office at 525 S. School Avenue, Suite 100, Fayetteville, Arkansas.

Entered On Docket: 01/28/2013

**IT IS SO ORDERED.**

DATED: _____

*Ben Barry*
Ben Barry
United States Bankruptcy Judge
Dated:   01/28/2013

AGREED TO BY:

*/s/ Jason N. Bramlett*
Jason N. Bramlett
Counsel for Cornerstone Bank

*/s/ Erin H. Curry*
Erin H. Curry
Stanley V. Bond
Counsel for Debtor

ORDER ON JOINT MOTION FOR EXAMINATION OF
DEFENDANT DONALD ALBERSON UNDER FEDERAL
RULE OF BANKRUPTCY PROCEDURE 2004                                    Page 2 of 2
36693:0030\2068095.1