# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−3 | User: lindas | Date Created: 1/28/2013 |
| Case: 3:12−bk−71888 | Form ID: pdfwotrm | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust      U.S. Trustee (ust)      USTPRegion13.LR.ECF@usdoj.gov
aty      Jason N. Bramlett      jbramlett@fridayfirm.com
aty      Stanley V Bond      attybond@me.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
smg      Internal Revenue Service      55 N. Robinson      Oklahoma City, OK 73102

TOTAL: 1