Jason N. Bramlett (ABA #2002140)
jbramlett@fridayfirm.com
Seth T. Creed (ABA #2010176)
screed@fridayfirm.com
**Friday, Eldredge & Clark, LLP**
3425 North Futrall Drive
Fayetteville, AR 72703
Telephone: (479) 695-1102
Facsimile: (501) 244-5372

ATTORNEYS FOR CORNERSTONE BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
(HARRISON DIVISION)

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| PFI HOSPITALITY, INC. | § | |
| | § | Case No. 3:12-bk-71888 |
| Debtor. | § | |

**MOTION TO WITHDRAW MOTION FOR AWARD OF SANCTIONS
AGAINST DON ALBERSON FOR WILLFUL VIOLATION
OF THE AUTOMATIC STAY**

Comes now Cornerstone Bank ("**Cornerstone**"), and for its Motion to Withdraw Motion for Award of Sanctions Against Don Alberson for Willful Violation of the Automatic Stay, states:

1. On November 21, 2012, Cornerstone filed its Motion for Award of Sanctions Against Don Alberson for Willful Violation of the Automatic Stay [Docket 65] (the **"Motion"**).

2. Cornerstone Bank does not wish to prosecute the Motion and hereby withdraws the Motion.

WHEREFORE, Cornerstone Bank prays that its Motion for Award of Sanctions Against Don Alberson for Willful Violation of the Automatic Stay be withdrawn from consideration on the docket of this Court.

    Respectfully submitted,

    **FRIDAY, ELDREDGE & CLARK, LLP**

    */s/ Seth T. Creed*
    Jason N. Bramlett (ABA #2002140)
    jbramlett@fec.net
    Seth T. Creed (ABA #2010176)
    screed@fridayfirm.com
    **Friday, Eldredge & Clark, LLP**
    3425 North Futrall Drive
    Fayetteville, AR 72703
    Telephone: (479) 695-1102
    Facsimile: (501) 244-5372

    ATTORNEYS FOR CORNERSTONE BANK

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of February, 2013, a true and correct copy of the foregoing was served via electronic mail to those identified on the CM/ECF system for this case and by regular mail upon counsel for the Debtor, Stanley V. Bond, Attorney at Law, P.O. Box 1893, Fayetteville, AR 72701-1893; the U.S. Trustee, Office of the U.S. Trustee, 200 W. Capitol, Suite 1200, Little Rock, Arkansas 72201.

                                                  */s/ Seth T. Creed*
                                                   Seth T. Creed

**MOTION TO WITHDRAW MOTION FOR AWARD OF SANCTIONS**
**AGAINST DON ALBERSON FOR WILLFUL VIOLATION**
**OF THE AUTOMATIC STAY**

**Page 3 of 3**

36693:0030\2085612.1