IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
(HARRISON DIVISION)

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| PFI HOSPITALITY, INC. | § | |
| | § | Case No. 3:12-bk-71888 |
| Debtor. | § | |

**ORDER ON MOTION TO WITHDRAW MOTION FOR AWARD
OF SANCTIONS AGAINST DON ALBERSON FOR WILLFUL
VIOLATION OF THE AUTOMATIC STAY**

On this day, came before the Court Cornerstone Bank's Motion to Withdraw Motion for Award of Sanctions Against Don Alberson for Willful Violation of the Automatic Stay (the "**Motion for Sanctions**"). Based upon a review of the pleadings on file and the representation of counsel, the Court makes the following findings:

1) The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157, and this matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b).

2) Good cause has been shown to exist for withdrawing the Motion for Sanctions.

Accordingly, it is hereby ORDERED that the Motion for Sanctions is withdrawn.

*/s/ Ben Barry*
Ben Barry
United States Bankruptcy Judge
Dated:  02/19/2013