# Notice Recipients

District/Off: 0861−3            User: lindas                    Date Created: 2/19/2013
Case: 3:12−bk−71888            Form ID: pdfwotrm               Total: 6

**Recipients of Notice of Electronic Filing:**
ust        U.S. Trustee (ust)          USTPRegion13.LR.ECF@usdoj.gov
aty        Jason N. Bramlett           jbramlett@fridayfirm.com
aty        Seth T. Creed               screed@fridayfirm.com
aty        Stanley V Bond              attybond@me.com

                                                                    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         PFI Hospitality, Inc.       520 CR 1144        Eureka Springs, AR 72632
smg        Internal Revenue Service    55 N. Robinson     Oklahoma City, OK 73102

                                                                    TOTAL: 2