UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

3:12-BK-71888
CHAPTER 11

IN RE: PFI HOSPITALITY, INC., DEBTOR-IN-POSSESSION

ORDER GRANTING MOTION TO DISMISS

NOW ON THIS DAY HEREINAFTER WRITTEN comes on for consideration the Motion to Dismiss of the Debtor. With all facts and matters before the court, the court finds and concludes as follows:

1. This court has jurisdiction over this core-proceeding matter pursuant to 28 USC §§157 and 1334, and 11 USC §§105 and 1112.

2. The Debtor-in-Possession commenced its case on 12th May 2012. The case has not been dismissed or converted since that time and the Debtor remains as Debtor-in-Possession.

3. The Debtor's motion is granted and the case is dismissed.

4. That the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 USC § 1930(a)(6) within fourteen (14) days of the entry of this Order, and simultaneously provide to the United States Trustee an appropriate Affidavit indicating the cash disbursements for the relevant period. If the fee is not paid as hereinbefore set out, the United States Trustee will have judgment against the Debtor for the full amount of the quarterly fee effective fourteen (14) days from the entry of this Order. If all accrued quarterly fees are not paid as hereinbefore set out, the United States Trustee shall have judgment against the Debtor, effective fourteen (14) days from entry of this Order, for the full amount of quarterly fees accrued through the fourth quarter of 2012, and this Court shall retain jurisdiction of this case for enforcement purposes.

5. The court finds that good and appropriate notice of the Debtor's motion to dismiss was given to all creditors and parties in interest, that no further notice is needed, ~~and that no objections were received in the time allowed.~~ and the only objection to the dismissal has been withdrawn.

IT IS SO ORDERED.

Ben Barry
United States Bankruptcy Judge
Dated: 02/19/2013

US TRUSTEE APPROVAL:

/s/ Richard H Sforzini, Jr.
Trial Attorney

Entered On Docket: 02/19/2013