# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861−3 | User: lindas | Date Created: 2/19/2013 |
| Case: 3:12−bk−71888 | Form ID: pdfwotrm | Total: 78 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov |
| aty | David B Kaufman | david.kaufman@dfa.arkansas.gov |
| aty | Glenn Edward Borkowski | glenn.borkowski@kutakrock.com |
| aty | Jason N. Bramlett | jbramlett@fridayfirm.com |
| aty | Seth T. Creed | screed@fridayfirm.com |
| aty | Stanley V Bond | attybond@me.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | PFI Hospitality, Inc. | 520 CR 1144 | Eureka Springs, AR 72632 | | |
| cr | Arkansas Dept. of Finance &Admin. (1272) | Legal Counsel | P.O. Box 1272, Rm 2380 | Little Rock, AR 72203 | |
| cr | U.S. Small Business Administration | 2120 Riverfront Drive | Suite 100 | Little Rock, AR 72202 | |
| cr | Boone County Tax Collector | c/o Lavonne McCullough | P.O. Box 1152 | Harrison, AR 72602 | |
| acc | Stone Financial and Tax Center, PLLC | 400 North Main Street | Harrison, AR 72601 | | |
| r | Jerry Jackson Realty, Inc. | 1309 North Main Street | Harrison, AR 72601 | | |
| smg | Internal Revenue Service | 55 N. Robinson | Oklahoma City, OK 73102 | | |
| 4226420 | AEL Financial, LLC | Box 88046 | Milwaukee, WI 53288−0046 | | |
| 4226421 | All American Refrigeratn, LLC | 112 W. Commercial | Harrison, AR 72601 | | |
| 4226422 | American Advertising | P O Box 493 | Harrison, AR 72601 | | |
| 4226423 | American Home Patient | P O Box 676499 | Dallas, TX 75267−6499 | | |
| 4226424 | American Hotel Register | 16458 Collections Center Dr. | Chicago, IL 60693 | | |
| 4226425 | Arkansas Capital Corp. Group | 200 S. Commerce St. | Suite 400 | Little Rock, AR 72201 | |
| 4234214 | Arkansas Department of Finance and Admin. | Legal Counsel Room 2380 | P O Box 1272 | Little Rock, AR 72203−1272 | |
| 4226426 | Arrow Refregeration | P O Box 843 | Harrison, AR 72602−0843 | | |
| 4226427 | BCD Travel | 6 Concourse Pkwy NE | Atlanta, GA 30328 | | |
| 4226429 | Boone County Tax | P O Box 88046 | Milwaukee, WI 53288 | | |
| 4226428 | Boone County Tax Collector | P O Box 1152 | Harrison, AR 72602 | | |
| 4226430 | Brodbeck Family Trust | 7125 Coyote Crossing Avenue | Springdale, AR 72762 | | |
| 4226433 | CATPC | P O Box 940 | Harrison, AR 72602−0940 | | |
| 4226431 | Carbon's | P O Box 71 | Buchanan, MI 49107 | | |
| 4226432 | Carpetmaster | P O Box 1739 | Harrison, AR 72601 | | |
| 4226434 | Choice Hotels International | P O Box 99992 | Chicago, IL 60696−7792 | | |
| 4266007 | Choice Hotels International Inc | Baker Donelson Bearman Caldwell Berkowit | Attn: Bill D Bensinger | 420 20th Street North Suite 1400 | Birmingham AL 35203 |
| 4226436 | Cornerstone Bank | 152 E. Van Buren | Eureka Springs, AR 72632 | | |
| 4226435 | Cornerstone Bank | 152 East Van Buren | Eureka Springs, AR 72632 | | |
| 4226437 | Cox Communications | P O Box 248871 | Oklahoma City, OK 73124−8871 | | |
| 4226438 | Crescent Hotel | 75 Prospect Avenue | Eureka Springs, AR 72632−3099 | | |
| 4232653 | David Stebbins | 123 West Ridge Street, Apt. D | Harrison, AR 72601 | | |
| 4226439 | Dept of Finance and Admin | 1020 Goblin Drive, Suite C | Harrison, AR 72601 | | |
| 4226440 | Dept of Finance and Admin | P O Box 3861 | Little Rock, AR 72203−3861 | | |
| 4226441 | Don Burris Rev Liv Trust | 77 Woodsdale Drive | Eureka Springs, AR 72631 | | |
| 4226442 | Donald J &Julie Albertson | 257 CR 1144 | Eureka Springs, AR 72632 | | |
| 4226443 | Donald J. Alberson | 420 CR 1144 | Eureka Springs, AR 72632 | | |
| 4226444 | Ecolab | PO Box 70343 | Chicago, IL 60673 | | |
| 4226445 | Entergy | P O Box 8101 | Baton Rouge, LA 70891−8101 | | |
| 4306724 | Financial Pacific Leasing | 3455 S. 344th Way, Suite 300 | Federal Way, WA 98001 | | |
| 4232652 | Financial Pacific Leasing | PO Box 4568 | Federal Way, WA 98063 | | |
| 4226446 | Fred and Rebecca Halper | 10 Ddogwood Ridge | Eureka Springs, AR 72632 | | |
| 4226447 | Great Southern Travel | 3424 South National | Miller, MO 65707 | | |
| 4226448 | Hammerschmidt Fam Trust | P O Box 9999 | Harrison, AR 72602−0999 | | |
| 4226449 | Harbor Linen | P O Box 3510 | Cherry Hill, NJ 08034 | | |
| 4226450 | Harrison Band Boosters | P O Box 5 | Harrison, AR 72601 | | |
| 4226451 | Harrison Water Department | P O Box 1715 | Harrison, AR 72602−1715 | | |
| 4226452 | Jack Moyer | 294 Holiday Island Drive | Eureka Springs, AR 72631 | | |
| 4226453 | Jack V. &Rachael Moyer | 294 Holiday Island drive | Holiday Island, AR 72631 | | |
| 4226454 | Jed and Tammy Bullock | 1072 CR 102 | Eureka Springs, AR 72632 | | |
| 4255989 | John Paul Hammerschmidt | p.O. Box 999 | Harrison, AR 72602 | | |
| 4226455 | Julie Alberson | 420 CR 1144 | Eureka Springs, AR 72632 | | |
| 4226456 | Little Apple | 19492 Hwy 62 West | Eureka Springs, AR 72631 | | |
| 4226457 | Mastercard | PO Box 30131 | Tampa, FL 33630−3131 | | |
| 4226458 | Meadors, Adams, Lee | P O Box 3456 | Little Rock, AR 72203 | | |
| 4226459 | Michael Sullivan | 171 Jerusalem Hill road | Elmira, NY 14901 | | |
| 4226460 | Miller Hardware Co., Inc. | #2 Necessity Ave | Harrison, AR 72601 | | |
| 4226461 | Paul &Kay Moyer Rev Liv Trust | 161 Cromwell Lane | Crossville, TN 38558 | | |

```
4226462    Pegasus           8350 No. Central Expressway     Dallas, TX 75206
4226463    Pippin Wholesale Company      PO Box 730      Harrison, AR 72602
4226464    Rachel Moyer      294 Holiday Island Drive    Eureka Springs, AR 72631
4226465    Reynolds Media, Inc.     400 South Sycamore    Harrison, AR 72601
4255993    Robert D. Deaton     120 Summit Drive     Holiday Island, AR 72631
4226466    Scott and Sharon Grave      23 Equennes Drive     Little Rock, AR 72223
4226468    Security Bankcard Center     PO Box 22116     Tulsa, OK 74121-2116
4226467    Security Bankcard Center     PO Box 6139      Norman, OK 73070
4226469    Six Bridges Bank     200 West Capitol Ave., Ste 400     Little Rock, AR 72201
4226470    Source Gas Arkansas     PO Box 660559     Dallas, TX 75266
4226471    Sysco Foods      PO Box 193410     Little Rock, AR 72219
4261393    Terry W. Cook      1330 Iris Cove     Harrison, AR 72601
4226472    Terry and Yadira Cook     1330 Iris Cove     Harrison, AR 72601
4257887    The Brodbeck Family Trust     c/o John Brodbeck     7125 Coyote Crossing Ave     Springdale, AR
           72762
4226473    Travel Inc.     4355 River Green Pkwy.     Duluth, GA 30096-2572
4318480    U.S. SMALL BUSINESS ADMINISTRATION     LITTLE ROCK SERVICING CENTER     2120
           RIVERFRONT DRIVE, SUITE 100     LITTLE ROCK, ARKANSAS 72202
4226474    Wiild Travel, Inc.     Corporate Headquarters     Douglassville, PA 19518
```

TOTAL: 72