United States Bankruptcy Court
Western District of Arkansas

In re:  
PFI Hospitality, Inc.  
    Debtor

Case No. 12-71888-btb  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0861-3     User: lindas     Page 1 of 2     Date Rcvd: Feb 19, 2013  
                    Form ID: pdfwotrm     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2013.  
db         +PFI Hospitality, Inc.,    520 CR 1144,    Eureka Springs, AR 72632-9214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        +E-mail/Text: cio.bncmail@irs.gov Feb 20 2013 00:11:15      Internal Revenue Service,  
           55 N. Robinson,    Oklahoma City, OK 73102-9229  
                                                                                                                                                           TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**                        **Signature:** _Joseph Speetjens_

```
District/off: 0861-3          User: lindas                 Page 2 of 2              Date Rcvd: Feb 19, 2013
                              Form ID: pdfwotrm            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2013 at the address(es) listed below:
        David B Kaufman   on behalf of Creditor   Arkansas Dept. of Finance & Admin. (1272)
         david.kaufman@dfa.arkansas.gov, denice.taylor@dfa.arkansas.gov
        Glenn Edward Borkowski   on behalf of Creditor   U.S. Small Business Administration
         glenn.borkowski@kutakrock.com, michelle.stewart@kutakrock.com
        Jason N. Bramlett   on behalf of Creditor   Cornerstone Bank jbramlett@fridayfirm.com,
         screed@fridayfirm.com
        Seth T. Creed   on behalf of Creditor   Cornerstone Bank screed@fridayfirm.com,
         bgertsch@fridayfirm.com
        Stanley V Bond   on behalf of Debtor   PFI Hospitality, Inc. attybond@me.com,
         attybond.cm.ecf@gmail.com;ecurry.attybond@me.com;paralegal.attybond@icloud.com
        U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
         Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
         j.gov;eliane.m.archambeault@usdoj.gov
                                                                                                                            TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
(HARRISON DIVISION)

| | | |
|---|---|---|
| In re: | § | |
| | § | Chapter 11 |
| PFI HOSPITALITY, INC. | § | |
| | § | Case No. 3:12-bk-71888 |
| Debtor. | § | |

**ORDER ON MOTION TO WITHDRAW MOTION FOR AWARD
OF SANCTIONS AGAINST DON ALBERSON FOR WILLFUL
<u>VIOLATION OF THE AUTOMATIC STAY</u>**

On this day, came before the Court Cornerstone Bank's Motion to Withdraw Motion for Award of Sanctions Against Don Alberson for Willful Violation of the Automatic Stay (the "<u>**Motion for Sanctions**</u>").  Based upon a review of the pleadings on file and the representation of counsel, the Court makes the following findings:

1)      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157, and this matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b).

2)      Good cause has been shown to exist for withdrawing the Motion for Sanctions.

Accordingly, it is hereby ORDERED that the Motion for Sanctions is withdrawn.

/s/ Ben Barry
Ben Barry
United States Bankruptcy Judge
Dated:   02/19/2013

Entered On Docket: 02/19/2013