```
                            United States Bankruptcy Court
                             Western District of Arkansas
In re:                                                                  Case No. 12-71888-btb
PFI Hospitality, Inc.                                                   Chapter 11
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0861-3          User: lindas                 Page 1 of 3                  Date Rcvd: Feb 19, 2013
                              Form ID: pdfwotrm            Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
db         +PFI Hospitality, Inc.,    520 CR 1144,    Eureka Springs, AR 72632-9214
cr         +Boone County Tax Collector,    c/o Lavonne McCullough,    P.O. Box 1152,    Harrison, AR 72602-1152
r          +Jerry Jackson Realty, Inc.,    1309 North Main Street,    Harrison, AR 72601-2212
acc        +Stone Financial and Tax Center, PLLC,    400 North Main Street,    Harrison, AR 72601-3542
4226420     AEL Financial, LLC,    Box 88046,    Milwaukee, WI 53288-0046
4226421    +All American Refrigeratn, LLC,    112 W. Commercial,    Harrison, AR 72601-2207
4226422    +American Advertising,    P O Box 493,    Harrison, AR 72602-0493
4226423     American Home Patient,    P O Box 676499,    Dallas, TX 75267-6499
4226424    +American Hotel Register,    16458 Collections Center Dr.,    Chicago, IL 60693-0164
4226425    +Arkansas Capital Corp. Group,    200 S. Commerce St.,    Suite 400,    Little Rock, AR 72201-1766
4226426     Arrow Refregeration,    P O Box 843,    Harrison, AR 72602-0843
4226427    +BCD Travel,    6 Concourse Pkwy NE,    Atlanta, GA 30328-6120
4226429    +Boone County Tax,    P O Box 88046,    Milwaukee, WI 53288-0001
4226428    +Boone County Tax Collector,    P O Box 1152,    Harrison, AR 72602-1152
4226430    +Brodbeck Family Trust,    7125 Coyote Crossing Avenue,    Springdale, AR 72762-0873
4226433     CATPC,    P O Box 940,    Harrison, AR 72602-0940
4226432    +Carpetmaster,    P O Box 1739,    Harrison, AR 72602-1739
4226434     Choice Hotels International,    P O Box 99992,    Chicago, IL 60696-7792
4266007    +Choice Hotels International Inc,    Baker Donelson Bearman Caldwell Berkowit,
             Attn: Bill D Bensinger,    420 20th Street North Suite 1400,    Birmingham AL 35203-3221
4226436    +Cornerstone Bank,    152 E. Van Buren,    Eureka Springs, AR 72632-8800
4226435    +Cornerstone Bank,    152 East Van Buren,    Eureka Springs, AR 72632-8800
4226438     Crescent Hotel,    75 Prospect Avenue,    Eureka Springs, AR 72632-3099
4232653    +David Stebbins,    123 West Ridge Street, Apt. D,    Harrison, AR 72601-4236
4226439    +Dept of Finance and Admin,    1020 Goblin Drive, Suite C,    Harrison, AR 72601-6714
4226441    +Don Burris Rev Liv Trust,    77 Woodsdale Drive,    Eureka Springs, AR 72631-4631
4226442    +Donald J & Julie Albertson,    257 CR 1144,    Eureka Springs, AR 72632-8701
4226443     Donald J. Alberson,    420 CR 1144,    Eureka Springs, AR 72632
4306724    +Financial Pacific Leasing,    3455 S. 344th Way, Suite 300,    Federal Way, WA 98001-9546
4232652    +Financial Pacific Leasing,    PO Box 4568,    Federal Way, WA 98063-4568
4226446    +Fred and Rebecca Halper,    10 Ddogwood Ridge,    Eureka Springs, AR 72632-9568
4226447     Great Southern Travel,    3424 South National,    Miller, MO 65707
4226448     Hammerschmidt Fam Trust,    P O Box 9999,    Harrison, AR 72602-0999
4226449    +Harbor Linen,    P O Box 3510,    Cherry Hill, NJ 08034-0338
4226450    +Harrison Band Boosters,    P O Box 5,    Harrison, AR 72602-0005
4226451     Harrison Water Department,    P O Box 1715,    Harrison, AR 72602-1715
4226452    #+Jack Moyer,    294 Holiday Island Drive,    Eureka Springs, AR 72631-4820
4226453    #+Jack V. & Rachael Moyer,    294 Holiday Island drive,    Holiday Island, AR 72631-4820
4226454    +Jed and Tammy Bullock,    1072 CR 102,    Eureka Springs, AR 72632-8938
4255989    +John Paul Hammerschmidt,    p.O. Box 999,    Harrison, AR 72602-0999
4226455     Julie Alberson,    420 CR 1144,    Eureka Springs, AR 72632
4226456    +Little Apple,    19492 Hwy 62 West,    Eureka Springs, AR 72631-9144
4226457     Mastercard,    PO Box 30131,    Tampa, FL 33630-3131
4226458    +Meadors, Adams, Lee,    P O Box 3456,    Little Rock, AR 72203-3456
4226459    +Michael Sullivan,    171 Jerusalem Hill road,    Elmira, NY 14901-9583
4226460    +Miller Hardware Co., Inc.,    #2 Necessity Ave,    Harrison, AR 72601-4459
4226461    +Paul & Kay Moyer Rev Liv Trust,    161 Cromwell Lane,    Crossville, TN 38558-7146
4226462    +Pegasus,    8350 No. Central Expressway,    Dallas, TX 75206-1613
4226463    +Pippin Wholesale Company,    PO Box 730,    Harrison, AR 72602-0730
4226464    #+Rachel Moyer,    294 Holiday Island Drive,    Eureka Springs, AR 72631-4820
4226465    +Reynolds Media, Inc.,    400 South Sycamore,    Harrison, AR 72601-5293
4255993    +Robert D. Deaton,    120 Summit Drive,    Holiday Island, AR 72631-4419
4226466    +Scott and Sharon Grave,    23 Equennes Drive,    Little Rock, AR 72223-9166
4226469    +Six Bridges Bank,    200 West Capitol Ave., Ste 400,    Little Rock, AR 72201-3605
4226471    +Sysco Foods,    PO Box 193410,    Little Rock, AR 72219-3410
4261393    +Terry W. Cook,    1330 Iris Cove,    Harrison, AR 72601-6580
4226472    +Terry and Yadira Cook,    1330 Iris Cove,    Harrison, AR 72601-6580
4257887    +The Brodbeck Family Trust,    c/o John Brodbeck,    7125 Coyote Crossing Ave,
             Springdale, AR 72762-0873
4226473     Travel Inc.,    4355 River Green Pkwy.,    Duluth, GA 30096-2572
4226474     Wiild Travel, Inc.,    Corporate Headquarters,    Douglassville, PA 19518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: cio.bncmail@irs.gov Feb 20 2013 00:11:17     Internal Revenue Service,
             55 N. Robinson,    Oklahoma City, OK 73102-9229
cr         +E-mail/Text: dena.wood@dfa.arkansas.gov Feb 20 2013 00:14:48
             Arkansas Dept. of Finance & Admin. (1272),    Legal Counsel,    P.O. Box 1272, Rm 2380,
             Little Rock, AR 72203-1272
cr         +E-mail/Text: pdeling@sba.gov Feb 20 2013 00:19:19     U.S. Small Business Administration,
             2120 Riverfront Drive,    Suite 100,    Little Rock, AR 72202-1794
4234214     E-mail/Text: dena.wood@dfa.arkansas.gov Feb 20 2013 00:14:48
             Arkansas Department of Finance and Admin.,    Legal Counsel Room 2380,    P O Box 1272,
             Little Rock, AR 72203-1272
```

```
District/off: 0861-3          User: lindas                 Page 2 of 3                    Date Rcvd: Feb 19, 2013
                              Form ID: pdfwotrm            Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4226431      +E-mail/Text: jhall@goldenmalted.com Feb 20 2013 00:21:21      Carbon's,    P O Box 71,
               Buchanan, MI 49107-0071
4226437       E-mail/Text: okbankruptcies@cox.com Feb 20 2013 00:20:11      Cox Communications,   P O Box 248871,
               Oklahoma City, OK 73124-8871
4226440       E-mail/Text: dena.wood@dfa.arkansas.gov Feb 20 2013 00:14:48      Dept of Finance and Admin,
               P O Box 3861,    Little Rock, AR 72203-3861
4226444      +E-mail/Text: bankruptcynotices@ecolab.com Feb 20 2013 00:21:07      Ecolab,   PO Box 70343,
               Chicago, IL 60673-0343
4226445       E-mail/Text: credit7@entergy.com Feb 20 2013 00:14:46      Entergy,    P O Box 8101,
               Baton Rouge, LA 70891-8101
4226468       E-mail/Text: bankruptcy@arvest.com Feb 20 2013 00:18:16      Security Bankcard Center,
               PO Box 22116,    Tulsa, OK 74121-2116
4226467      +E-mail/Text: bankruptcy@arvest.com Feb 20 2013 00:18:16      Security Bankcard Center,
               PO Box 6139,    Norman, OK 73070-6139
4226470      +E-mail/Text: bankruptcy@sourcegas.com Feb 20 2013 00:21:11      Source Gas Arkansas,
               PO Box 660559,    Dallas, TX 75266-0559
4318480      +E-mail/Text: pdeling@sba.gov Feb 20 2013 00:19:19      U.S. SMALL BUSINESS ADMINISTRATION,
               LITTLE ROCK SERVICING CENTER,    2120 RIVERFRONT DRIVE, SUITE 100,
               LITTLE ROCK, ARKANSAS 72202-1794
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**                    **Signature:**  _Joseph Speetjens_

```
District/off: 0861-3          User: lindas              Page 3 of 3             Date Rcvd: Feb 19, 2013
                              Form ID: pdfwotrm         Total Noticed: 72


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2013 at the address(es) listed below:
              David B Kaufman    on behalf of Creditor   Arkansas Dept. of Finance & Admin. (1272)
               david.kaufman@dfa.arkansas.gov, denice.taylor@dfa.arkansas.gov
              Glenn Edward Borkowski    on behalf of Creditor   U.S. Small Business Administration
               glenn.borkowski@kutakrock.com, michelle.stewart@kutakrock.com
              Jason N. Bramlett    on behalf of Creditor   Cornerstone Bank jbramlett@fridayfirm.com,
               screed@fridayfirm.com
              Seth T. Creed    on behalf of Creditor   Cornerstone Bank screed@fridayfirm.com,
               bgertsch@fridayfirm.com
              Stanley V Bond    on behalf of Debtor   PFI Hospitality, Inc. attybond@me.com,
               attybond.cm.ecf@gmail.com;ecurry.attybond@me.com;paralegal.attybond@icloud.com
              U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov;eliane.m.archambeault@usdoj.gov
                                                                                            TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

3:12-BK-71888

CHAPTER 11

IN RE: PFI HOSPITALITY, INC., DEBTOR-IN-POSSESSION

ORDER GRANTING MOTION TO DISMISS

NOW ON THIS DAY HEREINAFTER WRITTEN comes on for consideration the Motion to Dismiss of the Debtor. With all facts and matters before the court, the court finds and concludes as follows:

1. This court has jurisdiction over this core-proceeding matter pursuant to 28 USC §§157 and 1334, and 11 USC §§105 and 1112.

2. The Debtor-in-Possession commenced its case on 12th May 2012. The case has not been dismissed or converted since that time and the Debtor remains as Debtor-in-Possession.

3. The Debtor's motion is granted and the case is dismissed.

4. That the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 USC § 1930(a)(6) within fourteen (14) days of the entry of this Order, and simultaneously provide to the United States Trustee an appropriate Affidavit indicating the cash disbursements for the relevant period. If the fee is not paid as hereinbefore set out, the United States Trustee will have judgment against the Debtor for the full amount of the quarterly fee effective fourteen (14) days from the entry of this Order. If all accrued quarterly fees are not paid as hereinbefore set out, the United States Trustee shall have judgment against the Debtor, effective fourteen (14) days from entry of this Order, for the full amount of quarterly fees accrued through the fourth quarter of 2012, and this Court shall retain jurisdiction of this case for enforcement purposes.

5. The court finds that good and appropriate notice of the Debtor's motion to dismiss was given to all creditors and parties in interest, that no further notice is needed, ~~and that no objections were received in the time allowed.~~ and the only objection to the dismissal has been withdrawn.

IT IS SO ORDERED.

/s/ Ben Barry
Ben Barry
United States Bankruptcy Judge
Dated: 02/19/2013

**US TRUSTEE APPROVAL:**

/s/ Richard H Sforzini, Jr.
Trial Attorney

Entered On Docket: 02/19/2013